**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rollcage Technology, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-1636313** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**c/o Daniel Donshik, President**
**7 Lordship Road**
**East Granby, CT 06026**
Number, Street, City, State & ZIP Code

**7415 Riviera Cove**
**Lakewood Ranch, FL 34202**
P.O. Box, Number, Street, City, State & ZIP Code

**Hartford**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | Rollcage Technology, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Rollcage Technology, Inc.**                                          Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

| | |
|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Rollcage Technology, Inc.**        Case number (*if known*) _____

Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | |
|---|---|
| Debtor | **Rollcage Technology, Inc.** | Case number (*if known*) |
| | Name |

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **October 24, 2022**
MM / DD / YYYY

**X** **/s/ Daniel Donshik**                                    **Daniel Donshik**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

| | |
|---|---|
| **18. Signature of attorney** | **X** **/s/ Ronald I. Chorches**          Date **October 24, 2022** |

Signature of attorney for debtor                          MM / DD / YYYY

**Ronald I. Chorches**
Printed name

**Law Offices of Ronald I. Chorches, LLC**
Firm name

**82 Wolcott Hill Rd, Ste 203**
**Wethersfield, CT 06109**
Number, Street, City, State & ZIP Code

Contact phone    **860-563-3955**          Email address    **ronchorcheslaw@sbcglobal.net**

**ct08720 CT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **Rollcage Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* ___
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2022**          *X* **/s/ Daniel Donshik**
                                              Signature of individual signing on behalf of debtor

                                              **Daniel Donshik**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name __**Rollcage Technology, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................... $ **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $ **110,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $ **110,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **2.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **205,015.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **571,252.14**

4.  **Total liabilities** ..........................................................................................................................
    Lines 2 + 3a + 3b

        $ **776,269.14**

---

**Fill in this information to identify the case:**

Debtor name **Rollcage Technology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Renasant Bank (Negative Balance)** | **Checking** | | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor   **Rollcage Technology, Inc.**

Name

Case number *(If known)* _____

---

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office furniture: desks, chairs, office furnishings located at Fallon Moving and Storage, 800 Marshall Phelps Road, Building 3, Unit A, Windsor, CT 06095** | $5,000.00 | Liquidation | $5,000.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software Approx. 30 servers and five server racks, two net app. storage appliances, 6 uninteruptable power supplies, support power units, cords, connectors, 2 cisco enterprise class routers, 3 Cisco Enterprise class firewalls, 6 managed gigabit switches, 2 managed gigabit switches (estimated liquation value $100,000). Debotr believes 20% of the assets are leased. Located at Fallon Moving and Storage, 800 Marshall Phelps Road, Building 3, Unit A, Windsor, CT 06095** | $100,000.00 | Liquidation | $100,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
        Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $105,000.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☑ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | **Rollcage Technology, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2011 Lincoln Navigator**<br>**Joint with Daniel Donshik**<br>**(Unknown mileage - Believed to be over**<br>**100,000 miles)**<br>**VIN No. 5LMJJ2J54BEJO5355** | **$10,705.00** | N/A | $0.00 |
| 47.2.   **2016 Lincoln Navigator**<br>**58,000 miles**<br>**VIN No. 5LMJJ2LT7GEL02815**<br>**Car was in an accident in April of 2022.**<br>**Debtor believes value closer to $25,000** | **$30,502.00** | N/A | $0.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.     **Total of Part 8.**                                                                                              | $0.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor     **Rollcage Technology, Inc.**                                           Case number *(If known)* _____
_____
Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**There were computers, servers, storage, routers and firewall located at Karen Donshik's residence at 11 School House Lane in Simsbury, CT. Residence was sold by Mrs. Donshik in August of 2022. Whereabouts of assets are unknow. Estimated value of these assets is $5,000** ................................................... $5,000.00

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                            $5,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Rollcage Technology, Inc.**                                    Case number *(If known)* _____
              Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $105,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $110,000.00   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $110,000.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Rollcage Technology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Corporation Service Co**<br>Creditor's Name<br>**Attn: Managing Member**<br>**PO Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC#0003339345**<br>**Any liability** | **$1.00** | **$0.00** |

**2.1** **Corporation Service Co**
Creditor's Name
**Attn: Managing Member**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC#0003339345**
**Any liability**

Describe the lien
**UCC - Unknown**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1.00**
Column B: **$0.00**

---

**2.2** **Corporation Service Co.**
Creditor's Name
**Attn: Managing Member**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC#0003163040**
**Any liability**

Describe the lien
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1.00**
Column B: **$0.00**

Debtor   **Rollcage Technology, Inc.**
_____   Case number (if known) _____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Forward Financing LLC** |
|---|---|

Creditor's Name

**Attn: Managing Member
100 Summer St, Ste 1175
Boston, MA 02110**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC#0003343510
Any liability - Debtor believes creditor satisfied in full**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$0.00          $0.00

---

| 2.4 | **IFund Co, LLC** |
|---|---|

Creditor's Name

**Attn: Managing Member
57 W 38th St
New York, NY 10018**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC#0003309132
Any liability - Debtor believes creditor satisfied in full**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$0.00          $0.00

---

| 2.5 | **IFund Co, LLC** |
|---|---|

Creditor's Name

**Attn: Managing Member
57 W 38th St
New York, NY 10018**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC#0003317789
Any liability - Debtor believes creditor satisfied in full**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
- ■ No

$0.00          $0.00

---

Debtor   **Rollcage Technology, Inc.**                                    Case number (if known) _____
         Name

Creditor's email address, if known    ☐ Yes
_____                   **Is anyone else liable on this claim?**

**Date debt was incurred**            ☐ No

                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**     **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

---

| 2.6 | **LG Funding LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|-----|-------------------|----------------------------------------------------|-------|-------|

Creditor's Name

                                      **UCC#0003335579 - Merchant Cash Advance**
**Attn: Managing Member**             **Loan**
**1218 Union St**                     **Any liability - Debtor believes creditor**
**Brooklyn, NY 11225**                **satisfied in full**
Creditor's mailing address
                                      **Describe the lien**
                                      **UCC**
                                      **Is the creditor an insider or related party?**
Creditor's email address, if known    ■ No
_____                   ☐ Yes

                                      **Is anyone else liable on this claim?**
**Date debt was incurred**
                                      ■ No
**Last 4 digits of account number**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**     **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|------------------------------------------------------------|--------------------------------------------------|

Fill in this information to identify the case:

Debtor name    **Rollcage Technology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** | **$0.00** |

**2.1**

Priority creditor's name and mailing address

**Dana Martin
Landman A Kashian Law
Attn: Jamie Goodwin, Esq.
164 Canal St, Ste 501
Boston, MA 02114**

Date or dates debt was incurred
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**(Estimated - plus interest)**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$125,000.00**    Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address

**Internal Revenue Service
Attn: General Agent
PO Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred
**2021**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll Taxes - 2021 (Estimated)**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$60,000.00**    Priority amount **$60,000.00**

Debtor **Rollcage Technology, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.3 | Priority creditor's name and mailing address
**State of Connecticut**
**Department of Revenue Services**
**Attn: General Agent**
**450 Columbus Blvd**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,000.00    $20,000.00

Date or dates debt was incurred
**2021**

Basis for the claim:
**Payroll Taxes - 2021 (Estimated)**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4 | Priority creditor's name and mailing address
**Williamson County, TN**
**Attn: Assessor of Property**
**1320 W Main St, Ste 300**
**Franklin, TN 37064-3736**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00    $0.00

Date or dates debt was incurred
**2022**

Basis for the claim:
**Property Taxes**
**Any liability**

Last 4 digits of account number **1202**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

3.1 | Nonpriority creditor's name and mailing address
**Advanta**
**Attn: Managing Memeer**
**PO Box 9217**
**Old Bethpage, NY 11804**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,000.00

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

3.2 | Nonpriority creditor's name and mailing address
**Anthem BCBS**
**Attn:  President**
**PO Box 1049**
**North Haven, CT 06473**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

Date(s) debt was incurred  **2022**

Basis for the claim:  **Insurance**
**Debtor believes this is paid in full**

Last 4 digits of account number  **6515**

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.3 | Nonpriority creditor's name and mailing address
**Bank of the West**
**Attn: President**
**475 Sansome St, 19th Fl**
**NC-TRI-19-A**
**San Francisco, CA 94111**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1.00

Date(s) debt was incurred _

Basis for the claim:  **UCC#0003200710 - Equipment Lease**
**Any liability under prior lease**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Rollcage Technology, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

**Citi Cards**
**Attn: President**
**PO Box 6241**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Credit card purchases</u>
<u>3 Accounts - Estimated amounts</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

**Daniel Donshik**
**7415 Riviera Cove**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Loans given to company through personal credit</u>
<u>cards and cash taken from personal variable life policy (Approx.</u>
<u>$120,000). Total owed in excess of $250,000</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**De Lage Landen Financial Svcs**
**Attn: Managing Member**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>UCC#0003333433. Equipment lease for computer</u>
<u>Hardware. Any liability on former lease</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Dell Financial Services**
**Attn: President**
**1 Dell Way**
**Mail Stop PS2DF-23**
**Round Rock, TX 78682**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>UCC# 0002796570</u>
<u>Any liability under prior lease</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Dell Financial Services, LLC**
**Attn: President**
**1 Dell Way**
**Round Rock, TX 78682**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>UCC#003098353 - Some of the computers in storage</u>
<u>Any liability under prior lease</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Dell Financial Services, LLC**
**Attn: President**
**1 Dell Way**
**Round Rock, TX 78682**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>UCC#0003421929 - Some of the computers in</u>
<u>storage. Any liability under prior lease</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rollcage Technology, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Frontier Communications**
**Attn:  President**
**19 John Street**
**Middletown, NY 10940**

Date(s) debt was incurred _

Last 4 digits of account number  **7622**

As of the petition filing date, the claim is: *Check all that apply.*                                       **$15,236.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utility**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**Karen Donshik**
**140 Cooper Avenue**
**Simsbury, CT 06089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                       **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Oracle**
**Attn: Alice Miller, Esq.**
**Corporate Counsel**
**500 Oracle Pkwy**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                       **$105,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Cloud Servies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**Peter Donshik**
**7320 Riviera Rd**
**Lakewood Ranch, FL 34202**

Date(s) debt was
incurred  **01/2020, 02/2020 & 11/15/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                       **$51,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Loans to business**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Port Authority NY/NJ**
**Attn: General Agent**
**PO Box 15183**
**Albany, NY 12212-5183**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **0860**

As of the petition filing date, the claim is: *Check all that apply.*                                       **$9.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Toll**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**Reid Wolf**
**125 Forest Lakes Blvd**
**Naples, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                       **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Installment Loan - Partners father. Estimated value**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Union Savings Bank**
**c/o Christopher Gerard Winans**
**Attn: Managing Member**
**98 Mill Plain Rd, Ste 2A**
**Danbury, CT 06811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                       **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  HHD-CV21-6138675-S**
**Any liability**
**Foreclosure of 7 Lordship Rd, East Granby, CT**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Rollcage Technology, Inc.**
_____    Case number (if known) _____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |

**Union Savings Bank**
**Attn: President**
**226 Main St**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Credit card purchases__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **First Collection Services**<br>**Attn: Managing Member**<br>**10925 Otter Creek E Blvd**<br>**Mabelvale, AR 72103-1661** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 205,015.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 571,252.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 776,267.14 |

**Fill in this information to identify the case:**

Debtor name    **Rollcage Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease** | |
| State the term remaining | **Bank of the West** |
| List the contract number of any government contract | **475 Sandsome St, 19th Fl NC-TRI-19-A San Francisco, CA 94111** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease** | |
| State the term remaining | **De Lage Landen Financial Svcs** |
| List the contract number of any government contract | **1111 Old Eagle School Rd Wayne, PA 19087** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest — **Owing approx. $20,000 Leases as noted on UCC# 0002796570, UCC#003098353, UCC#0003421929 (One Contract, 7-8 Separate Leases)** | |
| State the term remaining | **Dell Financial Services** |
| List the contract number of any government contract | **1 Dell Way Round Rock, TX 78682** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest — **Rental Storage Unit** | |
| State the term remaining | **Fallon Moving and Storage** |
| List the contract number of any government contract | **800 Marshall Phelps Road Building 3, Unit A Windsor, CT 06095** |

| Debtor 1 | **Rollcage Technology, Inc.** | | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name     **Rollcage Technology, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Daniel Donshik** | **7415 Riviera Cove**<br>**Lakewood Ranch, FL 34202** | **Williamson County, TN** | ☐ D ____<br>■ E/F ___2.4___<br>☐ G ____ |
| 2.2 | **Daniel Donshik** | **7415 Riviera Cove**<br>**Lakewood Ranch, FL 34202** | **Advanta** | ☐ D ____<br>■ E/F ___3.1___<br>☐ G ____ |
| 2.3 | **Daniel Donshik** | **7415 Riviera Cove**<br>**Lakewood Ranch, FL 34202** | **Citi Cards** | ☐ D ____<br>■ E/F ___3.4___<br>☐ G ____ |
| 2.4 | **Daniel Donshik** | **7415 Riviera Cove**<br>**Lakewood Ranch, FL 34202** | **Union Savings Bank** | ☐ D ____<br>■ E/F ___3.17___<br>☐ G ____ |
| 2.5 | **Daniel Donshik** | **7415 Riviera Cove**<br>**Lakewood Ranch, FL 34202** | **Dana Martin** | ☐ D ____<br>■ E/F ___2.1___<br>☐ G ____ |

Debtor    **Rollcage Technology, Inc.**

Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name    **Rollcage Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$293,916.88** |
| **For prior year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$613,849.95** |
| **For year before that:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$821,349.71** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Rollcage Technology, Inc.** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Express**<br>**Attn: President**<br>**PO Box 981537**<br>**El Paso, TX 79998-1537** | 07/26/2022-1<br>0/21/2022 | $19,226.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payments were paid by Daniel Donshik, not company funds** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daniel Donshik**<br>**7415 Riviera Cove**<br>**Bradenton, FL 34202**<br>**President** | **2022** | **$51,500.00** | **Payroll (Gross)** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Dana Martin v. Rollcage Technologies, Inc., et al 2081CV00849** | **Contracts - Wage Claim** | **Superior Court Commonwealth of MA Middlesex, MA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Rollcage Technology, Inc.** | Case number *(if known)* | |

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Ronald I. Chorches, LLC**<br>**82 Wolcott Hill Rd, Ste 203**<br>**Wethersfield, CT 06109** | **Attorney Fees** | **03/28/2022** | **$5,000.00** |
| | Email or website address<br>**ronchorcheslaw@sbcglobal.net** | | | |
| | Who made the payment, if not debtor?<br>**Peter Donshik** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Rollcage Technology, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **SEP IRA through American Funds. Each employee had their own SEP IRA. These funds were never in the company name.** | EIN: |

    Has the plan been terminated?
    ■ No
    ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Rollcage Technology, Inc.** | Case number *(if known)* |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Fallon Moving and Storage 800 Marshall Phelps Blvd Bldg 2, Unit A Windsor, CT 06095** | **Daneil Donshik** | **Equipment as noted on Schedule A/B** | ☐ No ■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

Debtor    **Rollcage Technology, Inc.**                                                                Case number *(if known)*  _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Richard Barlow, CPA** **126 Park Rd** **West Hartford, CT 06119** | **08/31/2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Richard Barlow, CPA** **126 Park Road** **West Hartford, CT 06119** | **Reviewed Books Currently preparing 2019, 2020, 2021 Tax Returns on behalf of Karen Donshik** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Jim Russell, CPA** **Russell J Company CPA's, PC** **836 Farmington Ave #210** **West Hartford, CT 06119** | **Reviewed Books** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   **Rollcage Technology, Inc.** _____   Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Donshik | 7415 Riviera Cove Lakewood Ranch, FL 34202 | President | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   **Rollcage Technology, Inc.**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 24, 2022**

**/s/ Daniel Donshik**                                    **Daniel Donshik**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Connecticut

In re   **Rollcage Technology, Inc.** _____   Case No. _____
                                            Debtor(s)                     Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $ _____**5,000.00**

    Prior to the filing of this statement I have received ............................... $ _____**5,000.00**

    Balance Due ............................................................................................. $ _____**0.00**

2.  $ __**338.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):   **Peter Donshik**

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **The $5,000.00 was a retainer. Any services needed subsequent to the retainer being exhausted will be charged on
    an hourly basis in accordance with the firms hourly billing rates.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**October 24, 2022** _____         /s/ Ronald I. Chorches _____
_Date_                                          **Ronald I. Chorches**
                                                _Signature of Attorney_
                                                **Law Offices of Ronald I. Chorches, LLC**
                                                **82 Wolcott Hill Rd, Ste 203**
                                                **Wethersfield, CT 06109**
                                                **860-563-3955  Fax: 860-513-1577**
                                                **ronchorcheslaw@sbcglobal.net**
                                                _Name of law firm_

**United States Bankruptcy Court**
**District of Connecticut**

In re    **Rollcage Technology, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 24, 2022**

**/s/ Daniel Donshik**
**Daniel Donshik/President**
Signer/Title

Advanta
Attn: Managing Memeer
PO Box 9217
Old Bethpage, NY 11804


Anthem BCBS
Attn: President
PO Box 1049
North Haven, CT 06473


Bank of the West
Attn: President
475 Sansome St, 19th Fl
NC-TRI-19-A
San Francisco, CA 94111


Citi Cards
Attn: President
PO Box 6241
Sioux Falls, SD 57117


Corporation Service Co
Attn: Managing Member
PO Box 2576
Springfield, IL 62708


Corporation Service Co.
Attn: Managing Member
PO Box 2576
Springfield, IL 62708


Dana Martin
Landman A Kashian Law
Attn: Jamie Goodwin, Esq.
164 Canal St, Ste 501
Boston, MA 02114


Daniel Donshik
7415 Riviera Cove
Lakewood Ranch, FL 34202


De Lage Landen Financial Svcs
Attn: Managing Member
1111 Old Eagle School Rd
Wayne, PA 19087

```
Dell Financial Services
Attn: President
1 Dell Way
Mail Stop PS2DF-23
Round Rock, TX 78682


Dell Financial Services, LLC
Attn: President
1 Dell Way
Round Rock, TX 78682


First Collection Services
Attn: Managing Member
10925 Otter Creek E Blvd
Mabelvale, AR 72103-1661


Forward Financing LLC
Attn: Managing Member
100 Summer St, Ste 1175
Boston, MA 02110


Frontier Communications
Attn:  President
19 John Street
Middletown, NY 10940


IFund Co, LLC
Attn: Managing Member
57 W 38th St
New York, NY 10018


Internal Revenue Service
Attn: General Agent
PO Box 7346
Philadelphia, PA 19101-7346


Karen Donshik
140 Cooper Avenue
Simsbury, CT 06089


Karen Donshik
140 Cooper Ave
Simsbury, CT 06089
```

```
LG Funding LLC
Attn: Managing Member
1218 Union St
Brooklyn, NY 11225


Oracle
Attn: Alice Miller, Esq.
Corporate Counsel
500 Oracle Pkwy
Redwood City, CA 94065


Peter Donshik
7320 Riviera Rd
Lakewood Ranch, FL 34202


Port Authority NY/NJ
Attn: General Agent
PO Box 15183
Albany, NY 12212-5183


Reid Wolf
125 Forest Lakes Blvd
Naples, FL 34105


State of Connecticut
Department of Revenue Services
Attn: General Agent
450 Columbus Blvd
Hartford, CT 06103


Union Savings Bank
c/o Christopher Gerard Winans
Attn: Managing Member
98 Mill Plain Rd, Ste 2A
Danbury, CT 06811


Union Savings Bank
Attn: President
226 Main St
Danbury, CT 06810


Williamson County, TN
Attn: Assessor of Property
1320 W Main St, Ste 300
Franklin, TN 37064-3736
```

# United States Bankruptcy Court
## District of Connecticut

In re  **Rollcage Technology, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rollcage Technology, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 24, 2022**

Date

**/s/ Ronald I. Chorches**

**Ronald I. Chorches**

Signature of Attorney or Litigant

Counsel for   **Rollcage Technology, Inc.**

**Law Offices of Ronald I. Chorches, LLC**

**82 Wolcott Hill Rd, Ste 203**
**Wethersfield, CT 06109**
**860-563-3955 Fax:860-513-1577**
**ronchorcheslaw@sbcglobal.net**