# United States Bankruptcy Court
## District of Connecticut

In re  **Rollcage Technology, Inc.**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rollcage Technology, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 24, 2022**  
Date

**/s/ Ronald I. Chorches**  
**Ronald I. Chorches**  
Signature of Attorney or Litigant  
Counsel for **Rollcage Technology, Inc.**  
**Law Offices of Ronald I. Chorches, LLC**  
**82 Wolcott Hill Rd, Ste 203**  
**Wethersfield, CT 06109**  
**860-563-3955 Fax:860-513-1577**  
**ronchorcheslaw@sbcglobal.net**