# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 10/25/2022 |
| Case: 22−20743 | Form ID: 309D | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Rollcage Technology, Inc. | 7415 Riviera Cove  Lakewood Ranch, FL 34202 |
| ust | U. S. Trustee | Office of the U.S. Trustee  Giaimo Federal Building  150 Court Street, Room 302  New Haven, CT 06510 |
| tr | Anthony S. Novak | Novak Law Office, P.C.  280 Adams Street  Manchester, CT 06042−1975 |
| aty | Ronald Ian Chorches | Law Offices of Ronald I. Chorches  82 Wolcott Hill Road − 2nd. Flr. Suite 2  Wethersfield, CT 06109 |
| 9384004 | Advanta | Attn: Managing Memeer  PO Box 9217  Old Bethpage, NY 11804 |
| 9384005 | Anthem BCBS | Attn: President  PO Box 1049  North Haven, CT 06473 |
| 9384006 | Bank of the West | Attn: President  475 Sansome St, 19th Fl  NC−TRI−19−A  San Francisco, CA 94111 |
| 9384007 | Citi Cards | Attn: President  PO Box 6241  Sioux Falls, SD 57117 |
| 9384008 | Corporation Service Co | Attn: Managing Member  PO Box 2576  Springfield, IL 62708 |
| 9384009 | Corporation Service Co. | Attn: Managing Member  PO Box 2576  Springfield, IL 62708 |
| 9384010 | Dana Martin | Landman A Kashian Law  Attn: Jamie Goodwin, Esq.  164 Canal St, Ste 501  Boston, MA 02114 |
| 9384011 | Daniel Donshik | 7415 Riviera Cove  Lakewood Ranch, FL 34202 |
| 9384012 | De Lage Landen Financial Svcs | Attn: Managing Member  1111 Old Eagle School Rd  Wayne, PA 19087 |
| 9384013 | Dell Financial Services | Attn: President  1 Dell Way  Mail Stop PS2DF−23  Round Rock, TX 78682 |
| 9384014 | Dell Financial Services, LLC | Attn: President  1 Dell Way  Round Rock, TX 78682 |
| 9384015 | First Collection Services | Attn: Managing Member  10925 Otter Creek E Blvd  Mabelvale, AR 72103−1661 |
| 9384016 | Forward Financing LLC | Attn: Managing Member  100 Summer St, Ste 1175  Boston, MA 02110 |
| 9384017 | Frontier Communications | Attn: President  19 John Street  Middletown, NY 10940 |
| 9384018 | IFund Co, LLC | Attn: Managing Member  57 W 38th St  New York, NY 10018 |
| 9384019 | Internal Revenue Service | Attn: General Agent  PO Box 7346  Philadelphia, PA 19101−7346 |
| 9384020 | Karen Donshik | 140 Cooper Avenue  Simsbury, CT 06089 |
| 9384022 | LG Funding LLC | Attn: Managing Member  1218 Union St  Brooklyn, NY 11225 |
| 9384023 | Oracle | Attn: Alice Miller, Esq.  Corporate Counsel  500 Oracle Pkwy  Redwood City, CA 94065 |
| 9384024 | Peter Donshik | 7320 Riviera Rd  Lakewood Ranch, FL 34202 |
| 9384025 | Port Authority NY/NJ | Attn: General Agent  PO Box 15183  Albany, NY 12212−5183 |
| 9384026 | Reid Wolf | 125 Forest Lakes Blvd  Naples, FL 34105 |
| 9384027 | State of Connecticut | Department of Revenue Services  Attn: General Agent  450 Columbus Blvd  Hartford, CT 06103 |
| 9384029 | Union Savings Bank | Attn: President  226 Main St  Danbury, CT 06810 |
| 9384028 | Union Savings Bank | c/o Christopher Gerard Winans  Attn: Managing Member  98 Mill Plain Rd, Ste 2A  Danbury, CT 06811 |
| 9384030 | Williamson County, TN | Attn: Assessor of Property  1320 W Main St, Ste 300  Franklin, TN 37064−3736 |

TOTAL: 30