ct97 06/22

# United States Bankruptcy Court
# District of Connecticut



In re:

Rollcage Technology, Inc.

Debtor*

Case Number: 22-20743

Chapter: 7

## NOTICE OF DEADLINES TO CURE FILING DEFICIENCIES TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on October 25, 2022. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY. FAILURE TO TIMELY CURE THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS AFTER THE DATE THE VOLTUNARY PETITION WAS FILED

**STATEMENT OF CORPORATE RESOLUTION**

The Statement of Corporate Resolution was not filed with the Voluntary Petition.

The attorney for the debtor(s) is directed to file the Statement of Corporate Resolution **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date: October 25, 2022

Pietro Cicolini
Clerk of Court