# Notice Recipients

District/Off: 0205–2                 User: admin                     Date Created: 10/25/2022

Case: 22–20743                       Form ID: pdfdoc2                Total: 2

**Recipients of Notice of Electronic Filing:**

ust           U. S. Trustee           USTPRegion02.NH.ECF@USDOJ.GOV

                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db            Rollcage Technology, Inc.       7415 Riviera Cove        Lakewood Ranch, FL 34202

                                                                                    TOTAL: 1