## United States Bankruptcy Court
### District of Connecticut

In re  **Rollcage Technology, Inc.**                                    Case No.  **22-20743**
                                    Debtor(s)                           Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rollcage Technology, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 24, 2022** | /s/ Ronald I. Chorches |
| Date | Ronald I. Chorches |
| | Signature of Attorney or Litigant |
| | Counsel for **Rollcage Technology, Inc.** |
| | Law Offices of Ronald I. Chorches, LLC |
| | 82 Wolcott Hill Rd, Ste 203 |
| | Wethersfield, CT 06109 |
| | 860-563-3955 Fax:860-513-1577 |
| | ronchorcheslaw@sbcglobal.net |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                                                       Case No. 22-20743

ROLLCAGE TECHNOLOGY, INC.

Debtor                                             Chapter 7

                                                            October 24, 2022

STATEMENT OF CORPORATE OWNERSHIP

      Daniel Donshik, President, pursuant to Federal Bankruptcy Rule 1007(a) and 7007.1 state as follows:

      _____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below

Member                                                        % of Shares Owned

OR,

     __X__ There are no entities to report.

                                                       /s/ - Daniel Donshik
                                                       Daniel Donshik
                                                       President
                                                       Rollcage Technology, Inc.