## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE:** | **VOLUNTARY PETITION UNDER CHAPTER 7** |
| **ROLLCAGE TECHNOLOGY, INC.** | **CASE NO.  22-20743** |
| Debtor | November 17, 2022 |

### APPEARANCE & REQUEST FOR NOTICE

Karen Donshik enters her appearance by and through the undersigned counsel. Counsel requests a copy of all motions, pleadings, applications, petitions, and other papers filed in this case.

**KAREN DONSHIK,**

By: _____s/_____
Charles D. Houlihan, Jr.
Federal Bar No.  CT 11416
P.O. Box 582
Simsbury, CT 06092-0582

Telephone:  (860) 658-9668
E-mail:      charles@houlihan.law
Telecopier:  (860) 658-1339

**ATTORNEY FOR CREDITOR**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing appearance has been transmitted to the following parties and counsel:

Ronald I. Chorches
Law Offices of Ronald I. Chorches
82 Wolcott Hill Road - 2nd. Flr. Suite 2
Wethersfield, CT 06109
860-563-3955
860-513-1577 (fax)
ronchorcheslaw@sbcglobal.net

Anthony S. Novak
Novak Law Office, P.C.
280 Adams Street
Manchester, CT 06042-1975
860.432.7710
860.432.7724 (fax)
AnthonySNovak@aol.com

Office of The United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Facsimile: 1.203.773.2217
USTPRegion02.NH.ECF@USDOJ.GOV

on November 17, 2022.

                                                      _____s/_____
                                                      Charles D. Houlihan, Jr.