**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE : | |
| : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC. : | CASE NO. 22-20743-JJT |
| : | |
| DEBTOR : | December 20, 2022 |

**TRUSTEE'S MOTION TO COMPROMISE CLAIM AGAINST**
**THE DEBTOR AND SELL THE**
**EQUITY IN A 2016 LINCOLN NAVIGATOR**

Anthony S. Novak, Chapter 7 Trustee of the above-named Debtor, hereby respectfully request that the court enter an order approving a settlement regarding the non-exempt equity in Debtor's 2016 Lincoln Navigator and for authority to compromise the estate's claim in regard to said asset by selling said asset to Sarasota Ford, 707 South Washington Blvd., Sarasota, FL for a $24,500.00 lump sum payment. In support of this motion, the Trustee represents as follows:

    1. The Debtor filed a Chapter 7 Bankruptcy petition on October 25, 2022 and Anthony S. Novak was appointed Chapter 7 Trustee.

    2. Said 2016 Lincoln Navigator is located in Florida and was utilized pre-petition by Debtor's principal, Daniel Donshik. Said vehicle VIN#5LMJJ2LT7GEL02815 has 59,000 miles and sustained damage in an accident that occurred in April of 2022 which damage was subsequently repaired.

The Kelley Blue Book value on said vehicle as of 12/8/22 ranges from $25,811-$29,562.  Due to the damage sustained by the vehicle, the value would likely by in the $25,000-$27,000 range (see Exhibit A).  In order to avoid the costs and expense to transfer the vehicle from Florida to Connecticut and/or retain and pay an auctioneer to take possession, clean, repair, insure and sell the vehicle, the Trustee has sought purchase offers from Florida car dealerships to purchase the vehicle "as is".  Sarasota Ford has offered the estate a lump sum immediate cash payment of $24,500 for the estate's interest in said vehicle. Said $24,500 would be paid to the estate.  After the Chapter 7 filing on October 25, 2022, Mr. Donshik continued to maintain, store and insure said vehicle up to the present time.

3. To the best of the Trustee's knowledge and belief, Sarasota Ford has no connection to the Debtor or its principal and that such offer is a reasonable offer given the circumstances of this asset.

4. The Trustee recommends this proposed settlement and sale based upon 15% costs of liquidation of the property were it to be sold by the estate through an auction process.  Wherefore, a private sale to the Florida dealership appears to be reasonable under the circumstances of this case.

5. This settlement complies with the standard for approval of settlement and compromises as set forth by the United States Supreme Court in <u>Protective Committee for</u>

Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson, 390 U.S. 414, 424 (1968). That standard requires that a Court consider the probability of success in the controversy in light of the complexity of the facts involved; the expense, inconvenience and delay necessarily attending it; the paramount interest of the creditors and a proper deference to their reasonable view in the premise. See also In re W.T. Grant Co., 699 F.2d 599 (2d Cir. 1983), cert. denied sub. nom. Cosoff v. Rodman 464 U.S. 822 (1983); In re Drexel Burnham Lambert Group, Inc. 134 B.R. 493 (Bankr. S.D. N.Y. 1991).

    6.    The process of approving compromise and settlement in a bankruptcy case is committed to the court's sound discretion that is to be exercised with the best interests of the estate and its creditors in mind. In re Drexel Burnham, 134 B.R. at 505.

    7.    It is a well established principle that settlements are favored over continued litigation. In re Blair, 538 F.2d 849, 851 (9th Cir. 1976); In re Heissinger Resources, Ltd., 67 Bankr. 378, 382 (Bankr. C.D. Ill. 1986). Moreover, courts particularly favor settlements in liquidating bankruptcies due to the paramount goal of the rapid liquidation of the estate's assets. Blair, supra, at 952; Heissinger, supra, at 381.

    8.    Moreover, it is not necessary for the court to decide the numerous questions of fact and equities with respect to the merits of the potential litigation, but rather to "canvass the issues and see whether the settlement falls below the lowest point in the range of reasonableness." Heissinger, supra 383; see also W.T. Grant Co., 699 F.2d at 608.

9. After considering the foregoing factors and the equities of this factual situation, the Court should conclude that the terms of the settlement are fair and equitable and well within the range of reasonableness.

WHEREFORE, the Trustee respectfully requests that the Court approve this settlement in regard to the value and equity in said vehicle by a payment of $24,500.00 to the estate by Sarasota Ford, and that the Court grant such further relief as it deems proper and just.

ANTHONY S. NOVAK, TRUSTEE

By /s/ Anthony s. Novak
Anthony S. Novak
Chapter 7 Trustee
Federal Bar #ct09074
280 Adams Street
Manchester, CT 06042-1975
Tel: 860-432-7710

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via Notice of Electronic Filing for parties or counsel who are registered filers and via first class mail, postage prepaid this 20th day of December 2022 to:

| | |
|---|---|
| Office of the U.S. Trustee-via ECF | Ronald I. Chorches, Esq. - via ECF (Debtor's Counsel) |
| Rollcage Technology, Inc.<br>7415 Riviera Cove<br>Lakewood Ranch, FL 34202<br>Attn: Daniel Donshik, President<br>(Debtor) | Sarasota Ford<br>707 S. Washington Blvd.<br>Sarasota, FL 34236<br>Attn: Vadim Dolgovykh |

By Anthony S. Novak
Anthony S. Novak

**Kelley Blue Book**
THE TRUSTED RESOURCE

# 2016 Lincoln Navigator Pricing Report

**Style:** Reserve Sport Utility 4D
**Mileage:** 59,002
**KBB.com Consumer Rating:** 4.7/5

**Trade in to a Dealer**



Trade-in Range
**$25,811 - $29,562**
Trade-in Value
**$27,687**

Valid for **ZIP code 34202** through **12/08/2022**



EXHIBIT A

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

### Exterior Color
✓ Silver

### Engine
V6, EcoBoost, TT, 3.5L

### Transmission
Auto, 6-Spd SelectShift

### Drivetrain
4WD

### Wheels and Tires
Oversized Premium Wheels 20"+

### Accessory Packages
Blind-Spot Alert

### Comfort and Convenience
Power Liftgate Release

Keyless Entry

Keyless Start

Air Conditioning

Air Conditioning, Rear

Power Windows

Power Door Locks

Cruise Control

Perimeter Alarm System

### Braking and Traction
Hill Descent Control

Hill Start Assist Control

Traction Control

AdvanceTrac

ABS (4-Wheel)

### Steering
Power Steering

Tilt & Telescoping Wheel

### Entertainment and Instrumentation
AM/FM Stereo

CD/MP3 (Single Disc)

THX II Surround Sound

SiriusXM Satellite

Navigation System

Bluetooth Wireless

SYNC

### Safety and Security
Reverse Sensing System

Backup Camera

Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

### Seats
Heated Seats

Cooled Seats

Dual Power Seats

Leather

Power Third Row

Quad Seating (4 Buckets)

### Lighting
Daytime Running Lights

Bi-HID Headlamps

### Exterior
Running Boards

Fog Lights

### Cargo and Towing
Roof Rack

Towing Pkg



**Sarasota Ford**
707 S Washington Blvd
Sarasota, FL 34236

## Appraisal Voucher

**Customer Information**
Name: Dan Donshik
Address: 8565 Lakewood rd
City: Bradenton
Region: Florida
Postal Code: 34202
Home Phone: (860) 790-9780

**Appraisal Information**
Completed Date: 12/4/2022 1:41 PM
Appraised Value: $24,500.00
Appraiser: Tyson Krasley
Salesperson: Vadim Dolgovykh

**Vehicle Description**
Year: 2016
Make: Lincoln
Model: Navigator
Series: Reserve

Odometer: 59,002
VIN: 5LMJJ2LT7GEL02815
Color: Silver

**Photos**

  

**Owner Acknowledgement**

The owner acknowledges that the information is correct and that any issues with this vehicle are noted below.

| | | |
|---|---|---|
| Vehicle Salvaged  Yes ☐ No ☒ | Flood Damage  Yes ☐ No ☒ | Factory Buyback  Yes ☐ No ☒ |
| Previously Damaged  Yes ☐ No ☒ | Emission Systems Verified  Yes ☐ No ☒ | Odometer Replaced  Yes ☐ No ☒ |

Owner Signature _____  Date _____

Sales Manager _____

Appraiser _____

©2022 vAuto, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE : | |
| : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC. : | CASE NO. 22-20743-JJT |
| : | |
| DEBTOR : | |

### PROPOSED ORDER COMPROMISING AND RELEASING THE ESTATE'S CLAIM AGAINST EQUITY IN A 2016 LINCOLN NAVIGATOR OF THE DEBTOR FOR A $24,500.00 LUMP SUM PAYMENT FROM SARASOTA FORD

Upon the Trustee's Motion for Approval to Compromise the Estate's Claim Against a 2016 Lincoln Navigator vehicle to Sarasota Ford (Doc ID #___) regarding non-exempt equity in a 2016 Lincoln Navigator having been heard, and good cause having been shown, it is hereby

ORDERED that the Trustee may compromise and release any claim against the equity in a 2016 Lincoln Navigator of the Debtor for a lump sum payment by the Sarasota Ford of $24,500.00 to the estate.