# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 28, 2022

In re:

    Rollcage Technology, Inc.
    Debtor*

Case Number: 22−20743
Chapter: 7

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **February 2, 2023** at **02:00 PM** to consider and act upon the following matter(s):

    **Motion to Compromise Discounted Sale of vehicle with Sarasota Ford Filed by Anthony S. Novak on behalf of Anthony S. Novak, Trustee. (Re: Doc #11)**

    **Application to Employ The Law Offices of Jeffrey Hellman, LLC as Special Counsel Filed by Anthony S. Novak, Trustee. (Re: Doc #12)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) DUE:** January 26, 2023 before 4:00 p.m. Untimely objections may not be considered.

Dated: December 28, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − nsm