Connecticut Local Form: Notice of Appearance of Counsel (BK)
(CTB-LF240)

April 2021

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:
Rollcage Technology Inc.

Case No. 22-2074

Debtor(s).

## NOTICE OF APPEARANCE OF COUNSEL
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for
Andrew Ryan Robbins                                                        .
_____in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the
Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to
be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be
served in this case be given or served, as the case may be, to or upon the undersigned at the office,
Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the
notices and papers referred to in the Rules specified above but also includes, without limitation, every
order, application, motion, petition, pleading, plan, request, complaint, demand, or other document
which is filed with or brought before this Court or which affects the Debtor or the property of the
Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing),
whether formal or informal, whether written or oral and whether transmitted or conveyed by mail
delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

_____        Dated: 01/03/2023
Attorney's Signature
Charles D. Houlihan, Jr.
Attorney's Printed Name

Law Firm Name    Houlihan Law Offices

Law Firm Mailing Address    P.O. Box 582

City      Simsbury                          State CT   Zip Code  06070

Attorney's Email Address    charles@houlihan.law

Attorney's Phone Number   8606589668

Attorney's Federal Bar Number    CT 11416

PRINT