## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) | Case No. 22-20743-JJT |
| | ) | |
| **ROLLCAGE TECHNOLOGIES, INC.** | ) | Chapter 7 |
| | ) | |
| Debtor | ) | January 25, 2023 |

### TRUSTEE'S APPLICATION TO APPOINT AND EMPLOY THE HAMILTON GROUP, LLC AS AUCTIONEER

The Application of Anthony S. Novak, Chapter 7 Trustee in the above captioned case, to appoint and employ Hamilton Group, LLC as an auctioneer represents as follows:

1. The undersigned is the Chapter 7 Trustee of the Estate of the above named Debtor, duly qualified and acting.

2. The Trustee wishes to employ The Hamilton Group, LLC of 36 Killingworth Turnpike, Clinton, Connecticut 06413, as auctioneers. The Hamilton Group, LLC is a disinterested person within the meaning of 11 U.S.C. Section 101(14).

3. Assets of the bankruptcy estate upon the filing of the petition (the "Asset") include:

    a. Certain equipment and electronics located pre-petition and which continued to be located at a storage facility at 800 Marshall Phelps Road, Bldg. 3, Unit A, Windsor, CT.

b.

| Year/Make | Model | SN/VIN | Auction Value |
|---|---|---|---|
| 2011 Lincoln | Navigator | 5LMJJ2J54BEJ05355 | $9,000-$10,000 |

The Trustee and a representative of The Hamilton Group, LLC visited the storage premises to inspect the assets and discovered eight (8) large wood storage containers containing tables, chairs, desks, filing cabinets and other miscellaneous office equipment (collectively "Office Equipment"). Said Office Equipment was used equipment in fair condition and had a combined current market value of less than $1,000.00. In addition, there were approximately five (5) wooden bins of electronic equipment consisting of used servers, keyboards and miscellaneous electronic parts. It was not feasible to ascertain whether the electronic equipment was in working condition. The fair market value of the electronics equipment (collectively "Electronics") is approximately $4,000.00 provided that they are in working condition.

4. The Trustee, after review of the Debtor's bankruptcy schedules, supporting documentation, and examination of the Debtor at the First Meeting of Creditors and the inspection of said Assets by the Trustee with a representative of Hamilton Group, determined that the Assets have equity of $5,000.00 and should be liquidated for the benefit of the Debtor's unsecured creditors.

5. A separate asset of the estate is a 2011 Lincoln Navigator with a fair market value of between $9,000-$10,000 based on the NADA and Kelley Blue Book recent price lists.

6. The Debtor listed on its schedules that said Assets had a value of approximately $100,000.00 but upon close review and inspection, the Assets have a liquidation value closer to $15,000.00 ($5,000-Office Equipment/Electronics and $10,000-2011 Lincoln Navigator).

7. An auctioneer is required to assist the Trustee with the liquidation of the estate's Assets. The Trustee wishes to retain Hamilton Group, LLC as auctioneer because of its ability and past success in assisting the Trustee with listings and auctions of estate assets.

8. Hamilton Group, LLC has experience conducting auctions on the internet. It has been retained in other bankruptcy estates by the Court and has provided satisfactory results in internet auctions it has conducted.

9. The professional services Hamilton Group, LLC is expected to render for the estate are:

    a. Conduct comparative market valuation of the Assets being sold;

    b. Provide a detailed report of the valuation to the Trustee;

      c.    Remove and secure the personal property from Enfield, CT to Hamilton Group's secured and insured warehouse in Clinton, CT where the assets will be inspected, tested, cleaned, stored, displayed and photographed for the internet auction.

      d.    Arrange, monitor and complete an internet auction for the estate for the Assets.

10. It is anticipated that the sale of the estate's Asset will generate sufficient funds to pay the auctioneer's fees and expenses. The auction value for the Assets is presently estimated to be $15,000.00.

11. The estimated costs associated with removing, securing, testing cleaning the Assets and conducting this auction would be approximately $1,200.00 in costs plus 25% of the sales price payable at Ten Percent (10%) from the estate and a buyer's premium of Fifteen Percent (15%) payable directly to The Hamilton Group by the buyer of the Asset and not the Chapter 7 estate for a total of Twenty-Five Percent (25%). The auctioneer will provide a bond up to the estimated value of the Assets.

12. The Hamilton Group, LLC will be using its regular employees, with no more than three assistants, to remove and secure the Assets and conduct the auction. The Trustee supports the use of assistants by The Hamilton Group, LLC because the use of assistants will lend to the efficiency of the auction. The auction will be conducted on the internet utilizing the website

auctioninja.com or https://www.auctionninja.com/hamilton-grp and bid-spotter.com.

WHEREFORE, the undersigned respectfully requests that he be authorized to employ The Hamilton Group, LLC under the terms set forth herein and that he have such other relief as is equitable.

                                                  ANTHONY S. NOVAK, TRUSTEE
OF THE BANKRUPTCY ESTATE OF
ROLLCAGE TECHNOLOGIES, INC.

By  /s/ Anthony S. Novak
    Anthony S. Novak, Trustee
    280 Adams Street
    Manchester, CT 06042-1975
    (860)432-7710 phone/(860)432-7724 fax
    Email: anthonysnovak@aol.com
    Fed. Bar #ct09074

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re:  ) Case No. 22-20743-JJT
  )
ROLLCAGE TECHNOLOGIES, INC. ) Chapter 7
  )
Debtor )

### AFFIDAVIT OF AUCTIONEER

I, Michael J. Knudson, being duly sworn, depose and say:

1. I am a member of The Hamilton Group, LLC, and its business address is 36 Killingworth Turnpike, Clinton, Connecticut 06413.

2. I am making this Affidavit in connection with the Application to Appoint and Employ The Hamilton Group, LLC as Auctioneer which the Trustee is filing in connection with this case.

3. The Hamilton Group, LLC, has been engaged in the auctioning business for a considerable number of years, and I am an experienced auctioneer.

4. My company and any assistants that The Hamilton Group, LLC may hire have no connection with the Debtor, the Office of the United States Trustee, the creditors or any party in interest, or their respective attorneys and we represent no interest adverse to the Trustee or the estate in connection with this matter.

6

5.  A schedule of the estimated costs and expenses for the internet auction are attached to the Trustee's application.

6.  I understand and agree that The Hamilton Group, LLC's compensation and reimbursement of expenses for it services is subject to final approval by the Court in accordance with the requirements set forth in Local Rule of Bankruptcy Procedure 6005-1(d) after notice and hearing.

Dated at Clinton, Connecticut on this 25 day of January 2023.

_____
Michael J. Knudson

Subscribed and sworn to before me, on this 25th day of January 2023.

_____
Notary Public

SHERRY LEE HYNES
NOTARY PUBLIC
MY COMMISSION EXPIRES
AUGUST 31, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) Case No. 22-20743-JJT |
| | ) |
| ROLLCAGE TECHNOLOGIES, INC. | ) Chapter 7 |
| | ) |
| Debtor | ) |

**ORDER AUTHORIZING APPOINTMENT AND EMPLOYMENT OF
THE HAMILTON GROUP, LLC AS AUCTIONEER**

Upon the Application of Anthony S. Novak, Chapter 7 Trustee in the above case seeking authority to appoint and employ The Hamilton Group, LLC, as auctioneer to sell property of the Estate.

Pursuant to Local Rule of Bankruptcy Procedure 6005-1 (d) at the commission set forth in the Local Rule Schedule and reimbursement of reasonable expenses, and it appearing that said professional is qualified to provide such qualified to provide such professional service and does not represent any interest adverse to the estate, it is

ORDERED:  That Anthony S. Novak, as Chapter 7 Trustee, is hereby authorized to employ The Hamilton Group, LLC pursuant to Local Rule of Bankruptcy Procedure 6005-1 (d) as auctioneer to sell at public sale the Office Equipment and Electronics, and it is further

8

ORDERED:  That said auctioneer shall, after filing its application for compensation and request for reimbursement and after notice and hearing, be awarded compensation plus reimbursement of reasonable expenses to be determined as set forth in the Local Rules and subject to review and final determination by the Court pursuant to 11 U.S.C. Sections 330 and 331.