Bond Number: 0828816

## AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc  27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, ROLLCAGE TECHNOLOGIES, INC.; CASE #22-20743-JJT , in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JANUARY 25, 2023 to APRIL 25, 2023 .This bond may not be cancelled or terminated without sixty (60) days notice being given to the cleark and the United States Trustee.

SIGNED AND SEALED THIS 25TH day of JANUARY, 2023.

THE HAMILTON GROUP, LLC

By: _____

HARCO NATIONAL INSURANCE COMPANY

By: _____
CATHERINE C. KEHOE, ATTORNEY-IN-FACT

## POWER OF ATTORNEY
### HARCO NATIONAL INSURANCE COMPANY
### INTERNATIONAL FIDELITY INSURANCE COMPANY
Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609

KNOW ALL MEN BY THESE PRESENTS: That HARCO NATIONAL INSURANCE COMPANY, a corporation organized and existing under the laws of the State of Illinois, and INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C JOSEPH, JESSICA PALMERI, AMANDA RIEDL, FRANCESCA MENARD, ANDRE AUTIN, VICTORIA SCRUGGS, TAYLOR COSS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 13th day of December, 2018 and by the Board of Directors of HARCO NATIONAL INSURANCE COMPANY at a meeting held on the 13th day of December, 2018.

"RESOLVED, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY have each executed and attested these presents on this 31st day of December, 2021

STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

Kenneth Chapman
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this 31st day of December, 2021, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Shirelle A. Outley   a Notary Public of New Jersey
My Commission Expires April 4, 2023

### CERTIFICATION

I, the undersigned officer of HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day.   01/25/2023

Irene Martins, Assistant Secretary

A00586

International Sureties, Ltd.
701 POYDRAS Street
SUITE 420
NEW ORLEANS, LA  70139
504-581-6404
504-581-1876 - FAX

Thursday, January 26, 2023

INVOICE

```
MIKE KNUDSEN                                   PHONE - (203) 433-8052
THE HAMILTON GROUP, LLC                        FAX   - (203) 643-2285
36 KILLINGWORTH TURNPIKE                       eMAIL -
CLINTON, CT 06413
```

SINGLE SALE AUCTIONEER BANKRUPTCY BOND - ROLLCAGE TECHNOLOGIES, INC.; CASE #22-20743-JJT

Bond Amount $    20,000

Bond # 0828816
TERM:  01/25/23  to  04/25/23

                    BALANCE DUE            $    175.00

                                    PLEASE REMIT UPON RECEIPT

PLEASE PUT BOND NUMBER ON CHECK !
PLEASE MAKE CHECKS PAYABLE TO INTERNATIONAL SURETIES, LTD.