United States Bankruptcy Court
District of Connecticut

In re:  
Rollcage Technology, Inc.  
    Debtor

Case No. 22-20743-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 26, 2023      Form ID: 112      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rollcage Technology, Inc., 7415 Riviera Cove, Lakewood Ranch, FL 34202-5045 |
| cr | + | Andrew Ryan Robbins, 2355 Lancashire Drive, Apt. 2A, Ann Arbor, MI 48105-1329 |
| cr |   | Karen Donshik, 140 Cooper Avenue, Simsbury, CT 06070 |
| 9395901 | + | Andrew Ryan Donshik, 2355 Lancashire Drive, Apt. 2A, Ann Arbor, MI 48105-1329 |
| 9395902 | + | Andrew Ryan Robbins, 2355 Lancashire Drive, Apt. 2A, Ann Arbor Michigan 48105-1329 |
| 9384005 | + | Anthem BCBS, Attn: President, PO Box 1049, North Haven, CT 06473-5149 |
| 9384008 | + | Corporation Service Co, Attn: Managing Member, PO Box 2576, Springfield, IL 62708-2576 |
| 9384010 | + | Dana Martin, Duddy Goodwin & Pollard, Attn: Jamie Goodwin, Esq., 446 Main Street, 16th Floor, Worcester, MA 01608-2361 |
| 9384011 | + | Daniel Donshik, 7415 Riviera Cove, Lakewood Ranch, FL 34202-5045 |
| 9384018 | + | IFund Co, LLC, Attn: Managing Member, 57 W 38th St, New York, NY 10018-5500 |
| 9395900 | + | Karen Donshik, c/o Charles D. Houlihan, Jr., PO Box 582, Simsbury, CT 06070-0582 |
| 9384022 | + | LG Funding LLC, c/o Gene Rosen's Law Firm, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 9384023 | + | Oracle, Attn: Alice Miller, Esq., Corporate Counsel, 500 Oracle Pkwy, Redwood City, CA 94065-1677 |
| 9384024 | + | Peter C Donshik, 7320 Riviera Cove, Bradenton, FL 34202-5042 |
| 9384025 |   | Port Authority NY/NJ, Attn: General Agent, PO Box 15183, Albany, NY 12212-5183 |
| 9384026 | + | Reid Wolf, 125 Forest Lakes Blvd, Naples, FL 34105-5501 |
| 9384028 | + | Union Savings Bank, c/o Christopher Gerard Winans, Attn: Managing Member, 98 Mill Plain Rd, Ste 2A, Danbury, CT 06811-6101 |
| 9384029 | + | Union Savings Bank, Attn: President, 226 Main St, Danbury, CT 06810-6697 |
| 9384030 |   | Williamson County, TN, Attn: Assessor of Property, 1320 W Main St, Ste 300, Franklin, TN 37064-3736 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9384004 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 26 2023 18:47:46 | Advanta, Attn: Managing Memeer, PO Box 9217, Old Bethpage, NY 11804-9017 |
| 9384006 | + | Email/Text: bknotices@bankofthewest.com | Jan 26 2023 18:34:52 | Bank of the West, Attn: President, 475 Sansome St, 19th Fl, NC-TRI-19-A, San Francisco, CA 94111-3172 |
| 9386266 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2023 18:34:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 9384027 |   | Email/Text: DRS.Bankruptcy@ct.gov | Jan 26 2023 18:34:00 | State of Connecticut, Department of Revenue Services, Attn: General Agent, 450 Columbus Blvd, Hartford, CT 06103 |
| 9384007 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 18:47:47 | Citi Cards, Attn: President, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 9384013 |   | Email/PDF: DellBKNotifications@resurgent.com | Jan 26 2023 18:47:53 | Dell Financial Services, Attn: President, 1 Dell Way, Mail Stop PS2DF-23, Round Rock, TX 78682 |
| 9384014 |   | Email/PDF: DellBKNotifications@resurgent.com | Jan 26 2023 18:47:41 | Dell Financial Services, LLC, Attn: President, 1 Dell Way, Round Rock, TX 78682 |
| 9384012 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jan 26 2023 18:33:00 | De Lage Landen Financial Svcs, Attn: Managing Member, 1111 Old Eagle School Rd, Wayne, PA 19087-1453 |

District/off: 0205-2 | User: admin | Page 2 of 3
Date Rcvd: Jan 26, 2023 | Form ID: 112 | Total Noticed: 35

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 9384017 | | Email/Text: bankruptcynotification@ftr.com | Jan 26 2023 18:34:00 | Frontier Communications, Attn: Bankruptcy Dept, 19 John Street, Middletown, NY 10940 |
| 9384015 | | Email/Text: Bankruptcy@FCScollects.com | Jan 26 2023 18:34:00 | First Collection Services, Attn: Managing Member, 10925 Otter Creek E Blvd, Mabelvale, AR 72103-1661 |
| 9384016 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 26 2023 18:34:00 | Forward Financing LLC, Attn: Brian LeBlanc, 53 State St 20th Floor, Boston, MA 02109-3204 |
| 9384019 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2023 18:34:00 | Internal Revenue Service, Attn: General Agent, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9388492 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 26 2023 18:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 9394081 | + | Email/Text: schristianson@buchalter.com | Jan 26 2023 18:34:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 9395849 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2023 18:34:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 9385635 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 18:47:52 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9384009 | *+ | Corporation Service Co., Attn: Managing Member, PO Box 2576, Springfield, IL 62708-2576 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Charles D. Houlihan, Jr. | |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: 112 | Total Noticed: 35 |

Charles D. Houlihan, Jr.
    on behalf of Creditor Karen Donshik charles@houlihan.law

    on behalf of Creditor Andrew Ryan Robbins charles@houlihan.law

Ronald Ian Chorches
    on behalf of Debtor Rollcage Technology  Inc. ronchorcheslaw@sbcglobal.net

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 26, 2023

In re:
    Rollcage Technology, Inc.
    Debtor*

Case Number: 22−20743
Chapter: 7

### NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **February 16, 2023** at **10:30 AM** to consider and act upon the following matter(s):

    **Application to Employ The Hamilton Group, LLC as Auctioneer Filed by Anthony S. Novak on behalf of Anthony S. Novak, Trustee. (Novak, Anthony) (Re: Doc #16)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: February 9, 2023** before 4:00 p.m. Untimely objections may not be considered.

Dated: January 26, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − lbw