# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:

Debtor(s)

Rollcage Technology Inc

Case No. 22-20743

**Notice of *Pro Se* Filer / Litigant Appearance**

The undersigned enters an appearance in this action, and demands notice of all further proceedings. The Clerk of the Court and all parties in interest will be informed of any change in address. Any notices may be sent to the following service address.

Service Address:

140 Cooper Avenue
Weatogue, CT 06089

<u>Any time</u> this address changes while this action is pending, I agree I must file an Amended Notice of *Pro Se* Filer/Litigant Appearance form with the Clerk of the Court.

By signing this Notice of *Pro Se* Filer/Litigant Appearance form, I certify that the service address above is my address of record in this case.

Dated: 1/30/23

Signature of Party Appearing: Karen Ellis Robbins LF/KA Donshik)

Print or Type Name: Karen E Robbins FKA Donshik

PRINT

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re:

Case No. 22-20743

Debtor(s) Rollcage Technology

## REQUEST AND CONSENT TO ELECTRONIC
## NOTICE AND SERVICE OF DOCUMENTS IN A BANKRUPTCY CASE

In accordance with D. Conn. L. R. 9036-1(a) and the Court's Administrative Procedures for Electronic Case Filing (Local Rules of Bankruptcy Procedure, Appendix A), this form is to be used by a Pro Se Filer/Litigant, creditor, and party-in-interest who wishes to request and consent to the electronic notice and service of documents in the Debtor's bankruptcy case.

**NOTE**: A separate form must be filed for each bankruptcy case and each adversary proceeding for which electronic notice and service of documents is requested.

**Please complete the following:**

Your full name: Karen    E    Robbins (F/K/A Donshik)
First name    Middle initial (if any)    Last name

Your mailing address:

140 Cooper Avenue

Street address (including any apartment number or floor number)

| Weatogue | CT | 06089 |
|---|---|---|
| City | State | Zip Code |

860 202 1330

Phone number

## CONSENT TO ELECTRONIC NOTICE AND SERVICE OF NOTICES AND ORDERS ISSUED BY THE COURT AND ELECTRONIC RECEIPT OF PLEADINGS BY CM/ECF FILERS AND USERS

[Complete this section if you consent to electronic notice and service of documents filed in Debtor's bankruptcy case, instead of receipt by U.S. Mail.]

I, __Karen Robbins__, hereby request and consent to the electronic (e-mail) notice and service of all notices and orders issued by the Court and electronic notice and service of all pleadings and documents filed in the Debtor's bankruptcy case at the e-mail address I have provided below in this form.

**NOTE:** A Summons and Complaint must be served in accordance with Federal Rule of Bankruptcy Procedure 7004 and a Subpoena must be served in accordance with Federal Rule of Civil Procedure 45 and Federal Rule of Bankruptcy Procedure 9016, and not via electronic means.

**PROVIDE YOUR E-MAIL ADDRESS:**
Enter your e-mail address in the blocks below - Only one e-mail address is permitted.

**Use capital letters only**

__KARENROBBINSELISE@GMAIL.COM__

☐ Check here ONLY if you are changing or correcting the e-mail address that the Court has on file for you to receive electronic service and notice.

## By providing consent above and signing this form, I agree to the following:

1. My e-mail address will be part of the public record.

2. My consent to electronic (e-mail) notice and service of notices and orders issued by the Court and/or electronic (e-mail) notice and service of documents by CM/ECF Filers constitutes **proper notice and service** made by a party filing any document in the Debtor's bankruptcy case pursuant to D. Conn. L. Civ. 5, D. Conn. Bankr. R. 1001-1(b) and 9036-1, and the Court's Administrative Procedures for Electronic Filing (Local Rules of Bankruptcy Procedure, Appendix A).

3. I understand that consent to electronic (e-mail) notice and service of notices and orders issued by the Court and electronic (e-mail) notice and service of all documents filed by CM/ECF Filers and Users will result in electronic (e-mail) notice and service instead of notice and service through the United States Mail.

4. I understand that this form must be completed, signed, e-mailed to the Court, and approved through Court Order before my consent to electronic (e-mail) notice and service of documents in the Debtor's bankruptcy case will become effective.

5. I understand that if I am changing my e-mail address, that I checked the box above indicating this is a change of e-mail address, and that I acknowledge and agree that once the change is approved by Court Order, future electronic (e-mail) notice and service of documents will be sent to this new e-mail address only.

6. I understand that if I want to withdraw my consent to electronic (e-mail) notice and service of documents in the Debtor's bankruptcy case, I must complete, sign, and e-mail Local Connecticut Form Request to Withdraw Consent to Electronic Notice and Service of Documents in a Bankruptcy Case to the Court before my consent will be withdrawn, which will become effective upon Court Order.

7. If a joint debtor exists in the Debtor's bankruptcy case in which I am a debtor and such joint debtor also wishes to request and consent to electronic notice and service of documents, I understand that such joint debtor must submit his/her own request and consent to electronic notice and service of documents in the Debtor's bankruptcy case.

8. I understand that electronic (e-mail) notice and service of documents may arrive in my e-mail spam or junk folders and I should regularly check those folders for electronic service of documents. I also understand that my consent to electronic service of documents may be deactivated by the Clerk of Court if an e-mail is returned undelivered or "bounces back," and the Clerk will then serve orders and court-generated notices by United States mail to my most recent mailing address on file.

9. **I understand only the first viewing of the electronic (e-mail) service of documents served is free of charge. Additional access to the same document will require me to pay an access fee.**

Date: 1/29/2023     Karen E. Robbins (F/K/A Donshik)
Name (type or print your name)

_Karen Ellen Robbins_
Signature (sign in ink)

Once you have completed this form, signed it, and dated it, please **e-mail** it to the Court at:
**E_Service_Request@ctb.uscourts.gov**

**NOTE:** The e-mail address you use to submit this form to the Court MUST be the same e-mail address that you provided above to receive electronic notice and service of documents.

| | |
|---|---|
| **From:** | Karen E. Robbins <karen@marder-law.com> |
| **Sent:** | Monday, January 30, 2023 10:18 AM |
| **To:** | E_Service_Request |
| **Subject:** | Pro Se Bankruptcy appearance and e-notice signature |
| **Attachments:** | 20230130092726.pdf |

**CAUTION - EXTERNAL:**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.