# File an Order:

[22-20743 Rollcage Technology, Inc.](#)

Type: bk                Chapter: 7 v            Office: 2 (Hartford)
Assets: y               Judge: jjt

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office nsm entered on 1/31/2023 at 2:38 PM EST and filed on 1/31/2023
**Case Name:**      Rollcage Technology, Inc.
**Case Number:**    [22-20743](#)
**Document Number:** 21

**Docket Text:**

**ORDER DENYNG REQUEST FOR ELECTRONIC NOTICE AND SERVICE OF DOCUMENTS:** The Litigant, Karen Donshik filed a Request and Consent For Electronic Notice and Service of Documents on January 29, 2023, ECF No 20. The Request is incomplete because the email address used to submit the form to the Court is not the same email address provided in the form. Therefore, the Request and Consent For Electronic Notice and Service of Documents is DENIED. Signed by Judge James J. Tancredi on January 31, 2023. [(RE: [20])](#). (nsm)

The following document(s) are associated with this transaction:

**22-20743 Notice will be electronically mailed to:**

Ronald Ian Chorches on behalf of Debtor Rollcage Technology, Inc.
roncharcheslaw@sbcglobal.net

Charles D. Houlihan, Jr. on behalf of Creditor Andrew Ryan Robbins
charles@houlihan.law

Charles D. Houlihan, Jr. on behalf of Creditor Karen Donshik
charles@houlihan.law

Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

Anthony S. Novak on behalf of Trustee Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**22-20743 Notice will not be electronically mailed to:**