**This Order has no precedential value.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE

ROLLCAGE TECHNOLOGY, INC.

DEBTOR

CHAPTER 7

CASE NO. 22-20743-JJT

### ORDER COMPROMISING AND RELEASING THE ESTATE'S CLAIM AGAINST EQUITY IN A 2016 LINCOLN NAVIGATOR OF THE DEBTOR FOR A $24,500.00 LUMP SUM PAYMENT FROM SARASOTA FORD

Upon the Trustee's Motion for Approval to Compromise the Estate's Claim Against a 2016 Lincoln Navigator vehicle to Sarasota Ford (ECF No. 11) regarding non-exempt equity in a 2016 Lincoln Navigator having been heard, and good cause having been shown, it is hereby

ORDERED that the Trustee may compromise and release any claim against the equity in a 2016 Lincoln Navigator of the Debtor for a lump sum payment by the Sarasota Ford of $24,500.00 to the estate; and it is further

ORDERED that the Trustee, holding record title to this vehicle free of liens, is authorized and directed by the Court to promptly consummate this transaction under and pursuant to 11 U.S.C. §§ 105(a), 363 and Fed. R. Bankr. P. 9019.

Dated at Hartford, Connecticut this 6th day of February, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut