United States Bankruptcy Court
District of Connecticut

In re:                                                                                      Case No. 22-20743-jjt
Rollcage Technology, Inc.                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2          User: admin                                Page 1 of 2
Date Rcvd: Feb 06, 2023       Form ID: pdfdoc2                           Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rollcage Technology, Inc., 7415 Riviera Cove, Lakewood Ranch, FL 34202-5045 |
| | + | Sarasota Ford, Attn: Vadim Dolgovykh, 707 S. Washington Blvd., Sarasota, FL 34236-7882 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Feb 06 2023 18:27:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023             Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Charles D. Houlihan, Jr. | on behalf of Creditor Andrew Ryan Robbins charles@houlihan.law |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 06, 2023 | Form ID: pdfdoc2 | Total Noticed: 3 |

Charles D. Houlihan, Jr.
    on behalf of Creditor Karen Donshik charles@houlihan.law

Karen Donshik
    karenrobbinselise@gmail.com

Ronald Ian Chorches
    on behalf of Debtor Rollcage Technology Inc. ronchorcheslaw@sbcglobal.net

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 7

This Order has no precedential value.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE

ROLLCAGE TECHNOLOGY, INC.

DEBTOR

CHAPTER 7
CASE NO. 22-20743-JJT

## ORDER COMPROMISING AND RELEASING THE ESTATE'S CLAIM AGAINST EQUITY IN A 2016 LINCOLN NAVIGATOR OF THE DEBTOR FOR A $24,500.00 LUMP SUM PAYMENT FROM SARASOTA FORD

Upon the Trustee's Motion for Approval to Compromise the Estate's Claim Against a 2016 Lincoln Navigator vehicle to Sarasota Ford (ECF No. 11) regarding non-exempt equity in a 2016 Lincoln Navigator having been heard, and good cause having been shown, it is hereby

ORDERED that the Trustee may compromise and release any claim against the equity in a 2016 Lincoln Navigator of the Debtor for a lump sum payment by the Sarasota Ford of $24,500.00 to the estate; and it is further

ORDERED that the Trustee, holding record title to this vehicle free of liens, is authorized and directed by the Court to promptly consummate this transaction under and pursuant to 11 U.S.C. §§ 105(a), 363 and Fed. R. Bankr. P. 9019.

Dated at Hartford, Connecticut this 6th day of February, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut