United States Bankruptcy Court
District of Connecticut

In re:  
Rollcage Technology, Inc.  
    Debtor

Case No. 22-20743-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 06, 2023     Form ID: pdfdoc2     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rollcage Technology, Inc., 7415 Riviera Cove, Lakewood Ranch, FL 34202-5045 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Feb 06 2023 18:27:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Anthony S. Novak | on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com |
| Charles D. Houlihan, Jr. | on behalf of Creditor Karen Donshik charles@houlihan.law |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 06, 2023 | Form ID: pdfdoc2 | Total Noticed: 2 |

Charles D. Houlihan, Jr.
    on behalf of Creditor Andrew Ryan Robbins charles@houlihan.law

Jeffrey Hellman
    on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com

Karen Donshik
    karenrobbinselise@gmail.com

Ronald Ian Chorches
    on behalf of Debtor Rollcage Technology Inc. ronchorcheslaw@sbcglobal.net

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                                          :
                                                :    CHAPTER 7
ROLLCAGE TECHNOLOGY, INC.                       :    CASE NO. 22-20743-JJT
                                                :
DEBTOR                                          :

### ORDER AUTHORIZING EMPLOYMENT OF
### THE LAW OFFICES OF JEFFREY HELLMAN, LLC

Upon consideration of the application of Anthony S. Novak, Trustee, for authority to employ the Law Offices of Jeffrey Hellman, LLC to serve as Special Counsel in connection with this case (ECF No. 12), and the proposed affidavit of Attorney Jeffrey Hellman and it appearing that he is admitted to practice in this Court, and that the Court being satisfied that (i) pursuant to Title 11, USC §327(a), the Law Offices of Jeffrey Hellman, LLC does not hold or represent an interest adverse to the estate and is disinterested in the matters upon which it is to be engaged, and (ii) pursuant to §327(d), said employment is in the best interests to the estate; it is hereby

**ORDERED** that Anthony S. Novak, Trustee herein, is authorized to employ Jeffrey Hellman, Esquire as attorney for the Trustee and the estate, to otherwise recover preference payments made by the Debtor in violation of 11 USC Sec. 547, fraudulent transfers obtained or directed by Officers of the Debtor pursuant to 11 USC Sec. 548 and state law pursuant to 11 USC Sec. 549 and post-petition payments made by the Debtor in violation of 11 USC Sec. 549 and to recover state law claims belonging to the estate; and it is

**FURTHER ORDERED** that pursuant to §327(d), the application is APPROVED and that the Trustee is authorized to retain the Law Offices of Jeffrey Hellman, LLC as its counsel to commence and litigate complaints pursuant to Title 11, U.S.C. §§544, 547(b), 548(a), 550 and/or applicable Connecticut State Law regarding fraudulent conveyances and/or preferences, as set forth in the Application; and it is

**FURTHER ORDERED** that payment of compensation and reimbursement of expenses by the Law Offices of Jeffrey Hellman, LLC as counsel for the Trustee shall be computed on a contingent fee basis with allowance and payment on one-third (1/3) of amounts recovered, plus reasonable expenses, whichever is less, subject to further order of this Court after notice and a hearing upon proper application pursuant to §330 and 331; it is

**FURTHER ORDERED** that allowance of any such compensation for the Law Offices of Jeffrey Hellman, LLC shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 7 trustee without the assistance of an attorney; it is

**FURTHER ORDERED** that the Law Offices of Jeffrey Hellman, LLC has no authority to settle any litigation for the bankruptcy estate and that any settlement proposal must be presented, through the bankruptcy estate trustee, to the Bankruptcy Court and is not settled until the Bankruptcy Court enters an Order approving the settlement; it is

**FURTHER ORDERED** that upon the receipt of proceeds from either a judgment or settlement. The Law Offices of Jeffrey Hellman, LLC has no authority to either disburse or retain those proceeds but must immediately (no longer than the second business day after receipt) turn those proceeds over to the bankruptcy estate trustee.

Dated at Hartford, Connecticut this 6th day of February, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut