**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Case No. 22-20743-JJT |
| **ROLLCAGE TECHNOLOGIES, INC.** | Chapter 7 |
| Debtor | RE: ECF No. 16 |

### ORDER AUTHORIZING APPOINTMENT AND EMPLOYMENT OF THE HAMILTON GROUP, LLC AS AUCTIONEER

Upon the Application of Anthony S. Novak, Chapter 7 Trustee in the above case seeking authority to appoint and employ The Hamilton Group, LLC, as auctioneer to sell property of the Estate.

Pursuant to Local Rule of Bankruptcy Procedure 6005-1 (d) at the commission set forth in the Local Rule Schedule and reimbursement of reasonable expenses, and it appearing that said professional is qualified to provide such qualified to provide such professional service and does not represent any interest adverse to the estate, it is

ORDERED:  That Anthony S. Novak, as Chapter 7 Trustee, is hereby authorized to employ The Hamilton Group, LLC pursuant to Local Rule of Bankruptcy Procedure 6005-1 (d) as auctioneer to sell at public sale the Office Equipment and Electronics, and it is further

ORDERED:  That said auctioneer shall, after filing its application for compensation and request for reimbursement and after notice and hearing, be awarded compensation plus reimbursement of reasonable expenses to be determined as set forth in the Local Rules and subject to review and final determination by the Court pursuant to 11 U.S.C. Sections 330 and 331; and it is further

ORDERED: That, in connection with sale preparations the Trustee is directed to examine and procure assurances from the Debtor's principal, in affidavit form, that the subject electronics and office equipment do not contain personally identifiable or confidential information, medical records protected by HIPAA, proprietary or licensed software or access to such data stored in a server or cloud. Thereafter the Trustee shall file a motion in connection with seeking a sale authorization seeking approval of the Court as to the investigations of these concerns and any measures (including but not limited to the removal or erasure of hard drives, destruction of hard drives, changing of access codes, and/or the formulation of restrictive covenants to be endorsed by any Buyer) to eliminate or mitigate the prospects of wrongful or inadvertent disclosure of such data through a disposition of the subject electronics and equipment

Dated at Hartford, Connecticut this 17th day of February, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut