**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | FEBRUARY 27, 2023 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 27, 2023, the foregoing Motion for Rule 2004 Examination, draft Subpoena, Notice and Proposed Order have been served by U.S., postage prepaid, mail, electronic mail, or operation of the Court's CM/ECF system upon the following:

**Notice Party:**

Renasant Bank
Attn: President or Branch Manager
815 Columbia Avenue
Franklin, TN 37064

**Debtor:**

Rollcage Technology, Inc.
Attn:  Daniel Donshik, President
7415 Riviera Cove
Lakewood Ranch, FL 34202

**U.S. Trustee/Trustee/Attorneys who filed Appearances:**

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Steven.E.Mackey@usdoj.gov

Ronald Ian Chorches: roncorcheslaw@sbcglobal.net
Karen Donshik: karenrobbinselise@gmail.com
Charles D. Houlihan: charles@houlihan.law
Anthony S. Novak    AnthonySNovak@aol.com; ct07@ecfcbis.com; novaklawofficepc@gmail.com
U. S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV

The Hamilton Group, LLC
Attn:  Managing Member
36 Killingworth Turnpike
Clinton, CT 06413

                                                    /s/ *Jeffrey Hellman*
                                                    Jeffrey Hellman