**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | |
| | : | **CHAPTER 7** |
| ROLLCAGE TECHNOLOGIES,INC. | : | **CASE NO. 22-20743-JJT** |
| | : | |
| DEBTOR | : | March 2, 2023 |

**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER
ALLOWING PUBLIC INTERNET AUCTION OF USED ELECTRONICS AND
OFFICE EQUIPMENT AND 2011 LINCOLN NAVIGATOR**

Anthony S. Novak, the Chapter 7 Trustee of the above-captioned case, hereby requests an order the court allowing a public internet auction of the estate's interest in certain electronics, office equipment and a 2011 Lincoln Navigator and in support thereof, represents as follows.

1. The Debtor filed its Chapter 7 petition on October 25, 2022. Anthony S. Novak was duly appointed Chapter 7 Trustee and continues to serve as the Trustee in this case.

2. The Debtor was engaged in the business of information storage, usage and management of information for third party customers.

3. Assets of the estate upon the filing of the petition were certain electronics and office equipment which had been placed in storage by the Debtor approximately six (6) months prior to its filing.

4. The assets consist of approximately five (5) computer servers, various monitors, keyboards, racks, switches and routers.

5. By Order dated 2/7/23 (Doc ID #38), the Court authorized the appointment and employment of The Hamilton Group, LLC as auctioneer to sell the electronic assets as well as the 2011 Lincoln Navigator at a public internet auction. Said Order also requested the Trustee to examine and procure assurances from the Debtor's principal, Daniel Donshik, that the subject electronics and office equipment do not contain personally identifiable or confidential information, medical records protected by HIPAA, proprietary or licensed software or access to such data stored in a server or cloud (hereinafter "Issues").

6. Pursuant to the February 17, 2023 Order, the Trustee has personally spoken to the principal of the Debtor, Mr. Daniel Donshik, regarding these Issues. Mr. Donshik has stated to the Trustee that said Issues are not contained in said electronic equipment and that the hard drives in the servers and equipment have been "wiped clean" prior to their storage and discontinued use. The Trustee has prepared and sent to Mr. Donshik an Affidavit regarding these Issues and intends to file said Affidavit with the Court in support of this motion as soon as it is received.

WHEREFORE, the Trustee respectfully requests an Order of the Court allowing a public internet sale of the electronics, office equipment and 2011 Lincoln Navigator through The Hamilton Group, LLC utilizing the internet websites customarily used in said auctions including auctionninja.com and/or https://www.auctionninja/com/hamilton-grp and bidspotter.com and that the Trustee have such further relief as the Court deems proper and just.

        ANTHONY S. NOVAK
        Chapter 7 Trustee

        By/s/ *Anthony S. Novak*
         Anthony S. Novak
         Fed. Bar #ct09074
         Chapter 7 Trustee
         280 Adams Street
         Manchester, CT 06042-1075
         Tel: (860) 432-7710

## CERTIFICATION

I hereby certify that a copy of the foregoing were served via Notice of Electronic Filing for parties or counsel who are registered filers and via first class mail, postage prepaid this 2nd day of March 2023 all parties as follows:

| | |
|---|---|
| Office of the U.S. Trustee (via ECF) | Ronald I. Chorches, Esq. (via ECF)<br>(Debtor's Attorney) |

Rollcage Technology, Inc. (via email)
Attn: Daniel Donshik
7415 Riviera Cove
Lakewood Ranch, FL 34202
(Debtor)

        By/s/ *Anthony S. Novak*
         Anthony S. Novak

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE : | |
| : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGIES, INC. : | CASE NO. 22-20743-JJT |
| : | |
| DEBTOR : | |

### ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION TO SELL THE ESTATE'S PROPERTY BY PUBLIC INTERNET AUCTION IN ELECTRONIC EQUIPMENT AND 2011 LINCOLN NAVIGATOR

Upon the motion of the Chapter 7 Bankruptcy Trustee for approval of the sale (Doc ID #____) having come before the Court, and there being good cause to grant the motion, it is hereby

ORDERED that the Chapter 7 Trustee is allowed to sell the estate's interest in property consisting of used office equipment including electronic equipment of computer servers and printers as well as a 2011 Lincoln Navigator VIN #5LMJJ2J54BE505355 by public internet auction pursuant to the terms of said Motion for Public Sale of Estate Property.