# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | |
| | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC. | : | CASE NO. 22-20743-JJT |
| | : | |
| DEBTOR | : | March 6, 2023 |

## REPORT OF SALE

TO:  THE HONORABLE JAMES J. TANCREDI
UNITED STATES BANKRUPTCY JUDGE:

Anthony S. Novak, Chapter 7 Trustee of the above-designated estate, filed a Motion to Compromise and Sell the Equity in a 2016 Lincoln Navigator on December 20, 2022 (Doc ID #11).

Said Motion to Compromise was sent to parties in interest in these proceedings of the Trustee's intent to sell the estate's interest in the following asset of the estate to Sarasota Ford:

**2016 Lincoln Navigator (VIN#5LMJJ2LT7GEL02815) for $24,500.00**

No objections were filed with Court. A hearing was held on February 2, 2023 and the Court issued an Order (Doc ID #31) granting the Trustee's Motion allowing the sale of the 2016 Lincoln Navigator to Sarasota Ford for a sales price of $24,500.00.

On February 24, 2023, the Trustee consummated the sale of said vehicle to Sarasota Ford for $24,500.00 which sum has been received and deposited into the Trustee's bonded accounts.

By */s/ Anthony S. Novak*
Anthony S. Novak
Chapter 7 Trustee
280 Adams Street
Manchester, CT 06042-1975
(860) 432-7710