## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE : | |
| : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGIES, INC. : | CASE NO. 22-20743-JJT |
| : | |
| DEBTOR : | MARCH 9, 2023 |

### AFFIDAVIT OF DANIEL DONSHIK, PRESIDENT OF ROLLCAGE TECHNOLOGIES, INC.

STATE OF _FLORIDA_ )
                              ) ss: _____
COUNTY OF _MANATEE_ )

I, Daniel Donshik, hereby make solemn oath:

1. I am the President of the Chapter 7 Debtor Rollcage Technologies, Inc.

2. I am over eighteen (18) years of age and believe in the obligations of an oath.

3. I have personal knowledge of the facts set forth in this affidavit.

4. An asset of this Bankruptcy Estate is certain electronics and office equipment as set forth in the bankruptcy schedules, as well as a 2011 Lincoln Navigator, VIN #5LMJJ2J54BE505355.

5. The electronic equipment and office equipment owned by the company and which the Chapter 7 Trustee proposes to sell include various electronics servers and other office equipment that do not contain personally identifiable or confidential information, including any HIPAA, proprietary or licensed software or access to such data stored in a server or cloud.

_____
Daniel Donshik

Subscribed and sworn to before me this _9_ day of March 2023.

_____
Notary Public



Notary Public State of Florida
Nicholas Poulin
My Commission
HH 159839
Exp. 8/2/2025