ct 117                                                                                                                                02/2021

# United States Bankruptcy Court

## District of Connecticut



In re:

Rollcage Technology, Inc.

Case Number: 22-20743

Chapter: 7

Debtor*

## ORDER AUTHORIZING RULE 2004 EXAMINATION

Upon consideration of the Amended Motion seeking an order authorizing a Federal Rule of Bankruptcy Procedure 2004 examination of one or more representatives of Union Savings Bank, (the "Motion", ECF No. 48), filed by Anthony S. Novak, Trustee (the "Movant"), after notice and a hearing, it appearing that cause exists to grant the requested relief as conditioned hereafter; it is hereby

**ORDERED:** The Movant may examine one or more representatives of Union Savings Bank pursuant to Fed. R. Bankr. P. 2004(a) and within the scope of Fed. R. Bankr. P. 2004(b); and it is further

**ORDERED:** The attendance of any witness(es) and the production of documents shall be by agreement or compelled in the manner provided in Fed. R. Bankr P. 9016, see also Fed R. Bankr. P. 2004(c); and it is further

**ORDERED:** The examination shall not occur until a date that is at least fourteen (14) days after the service of a Fed. R. Bankr. P. 2004 subpoena, unless otherwise agreed upon by the parties.

Dated:   March 14, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

* For the purposes of this order, "Debtor" means "Debtors" where applicable.