UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC. | : | CASE NO.: 22-20743 JJT |
| DEBTOR | : | MARCH 21, 2023 |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **UNION SAVINGS BANK,** third-party witness, and, pursuant to Rules 2022 and 9007 of the Bankruptcy Rules, demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy facsimile or otherwise, which

affects the debtor or the property of the debtor or of the estate.

Dated at Danbury, Connecticut, this 21st day of March, 2023.

                                          UNION SAVINGS BANK

                                          By___/ct02254/_____
                                             Christopher G. Winans, Esq.
                                             98 Mill Plain Road – Suite 2A
                                             Danbury, CT 06811
                                             (203) 748-4888
                                             Federal Bar No. ct02254

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2023, in accordance with applicable law, I served a copy of the Notice of Appearance upon the entities listed below (constituting all entities entitled to notice):

Rollcage Technology, Inc.
Attn: Daniel Donshik, President
7415 Riviera Cove
Lakewood Ranch, FL 34202
*Debtor*

Jeffrey Hellman, Esq.
195 Church Street
10th Floor
New Haven, CT 06510
*Attorney for Anthony S. Novak, Trustee*

Steven E. Mackey
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*U.S. Trustee*

By___/ct02254/_____
Christopher G. Winans, Esq.