UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>ROLLCAGE TECHNOLOGY, INC.<br>Debtor | Chapter 7<br>Case No. 22-20743-JJT<br><br>April 3, 2023 |

## MOTION TO CONTINUE HEARING
## ON TRUSTEE'S MOTION FOR ORDER ALLOWING PUBLIC INTERNET AUCTION

Anthony S. Novak, the Chapter 7 Trustee, hereby requests that the Court continue the hearing on the Trustee's Motion for Order Allowing Public Internet Auction (Doc ID #47) scheduled for April 6, 2023 at 10:00 a.m. The Trustee has an unexpected funeral to attend out of Town.

WHEREFORE, the Chapter 7 Trustee requests that the Court enter an Order: (i) granting the motion; (ii) continuing the hearing on the Motion to **April 13, 2023 at 10:00 a.m**. or a date at court's discretion; and (iii) grant such other relief as the Court deems just and proper.

ANTHONY S. NOVAK, TRUSTEE

Respectfully submitted,

By: /s/ Anthony S. Novak
Anthony S. Novak, Esq. ct09074
Chapter 7 Trustee
280 Adams Street
Manchester, CT 06042
(860) 432-7710 (telephone)
(860) 432-7724 (fax)
Anthonysnovak@aol.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served either electronically or first class mail, as applicable, on the 3rd day of April 2023 to all parties listed on the mailing matrix and to the following:

Office of the US Bankruptcy Trustee  - via ECF

Ronald I. Chorches, Esq. – via ECF
(Debtor's Counsel)

Rollcage Technology, Inc. – via Email
Attn: Daniel Donshik
7415 Riviera Cove
Lakewood Ranch, FL 34202
(Debtor)

/s/*Anthony S. Novak*
Anthony S. Novak

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re: )
)
)  Chapter 7
ROLLCAGE TECHNOLOGY, INC. )  Case No. 22-20743-JJT
Debtor )
)

**ORDER AUTHORIZING CONTINUANCE OF HEARING ON
TRUSTEE'S MOTION FOR ORDER ALLOWING PUBLIC INTERNET AUCTION**

The Court, having considered the Trustee's Request for Continuance (Doc ID #___), and good cause having been shown, it is hereby

ORDERED that the continuance request of the Trustee regarding the Motion for Order Allowing Public Internet Auction hearing is GRANTED and said hearing is rescheduled to _____ 2023 at _____ a.m./p.m.