# File an Order:

22-20743 Rollcage Technology, Inc.

Type: bk                Chapter: 7 v              Office: 2 (Hartford)
Assets: y               Judge: jjt

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office nsm entered on 4/3/2023 at 4:51 PM EDT and filed on 4/3/2023
**Case Name:**        Rollcage Technology, Inc.
**Case Number:**      22-20743
**Document Number:** 61

**Docket Text:**

**ORDER GRANTING MOTION FOR CONTINUANCE:** The Motion for Continuance, ECF No. 60 filed by Anthony S. Novak, Trustee is GRANTED. The hearing on the Motion to Sell, ECF No. 47 is continued to April 13, 2023 at 10:30 AM at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103. Signed by Judge James J. Tancredi on April 3, 2023. (RE: [47] Motion to Sell per 363(b) filed by Trustee Anthony S. Novak) (nsm)

The following document(s) are associated with this transaction:

**22-20743 Notice will be electronically mailed to:**

Ronald Ian Chorches on behalf of Debtor Rollcage Technology, Inc.
ronchorcheslaw@sbcglobal.net

Karen Donshik
karenrobbinselise@gmail.com

Jeffrey Hellman on behalf of Trustee Anthony S. Novak
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Charles D. Houlihan, Jr. on behalf of Creditor Andrew Ryan Robbins

charles@houlihan.law

Charles D. Houlihan, Jr. on behalf of Creditor Karen Donshik
charles@houlihan.law

Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

Anthony S. Novak on behalf of Trustee Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Christopher G. Winans on behalf of Interested Party Union Savings Bank
chris@cgwinansesq.com

**22-20743 Notice will not be electronically mailed to:**

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

The Hamilton Group, LLC
36 Killingworth Turnpike
Clinton, CT 06413