UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE                                           : :
   ROLLCAGE TECHNOLOGIES, INC.    :       CHAPTER 7
   DEBTOR                                 :       CASE NO. 22-20743-JJT

### ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION TO SELL THE ESTATE'S PROPERTY BY PUBLIC INTERNET AUCTION IN ELECTRONIC EQUIPMENT AND 2011 LINCOLN NAVIGATOR

Upon the motion of the Chapter 7 Bankruptcy Trustee for approval of the sale (ECF No. 47) having come before the Court, and there being good cause to grant the motion, it is hereby

ORDERED that the Chapter 7 Trustee is allowed to sell the estate's interest in property consisting of used office equipment including electronic equipment of computer servers and printers as well as a 2011 Lincoln Navigator VIN #5LMJJ2J54BE505355 by public Internet auction pursuant to the terms of said Motion for Public Sale of Estate Property.

Dated at Hartford, Connecticut this 14th day of April, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut