# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: admin | Date Created: 4/14/2023 |
| Case: 22–20743 | Form ID: pdfdoc1 | Total: 42 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Anthony S. Novak | AnthonySNovak@aol.com |
| cr | Karen Donshik | karenrobbinselise@gmail.com |
| aty | Anthony S. Novak | AnthonySNovak@aol.com |
| aty | Charles D. Houlihan, Jr. | charles@houlihan.law |
| aty | Christopher G. Winans | chris@cgwinansesq.com |
| aty | Jeffrey Hellman | jeff@jeffhellmanlaw.com |
| aty | Ronald Ian Chorches | ronchorcheslaw@sbcglobal.net |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Rollcage Technology, Inc. | 7415 Riviera Cove | Lakewood Ranch, FL 34202 | |
| cr | Andrew Ryan Robbins | 2355 Lancashire Drive, Apt. 2A | Ann Arbor, MI 48105 | |
| auc | The Hamilton Group, LLC | 36 Killingworth Turnpike | Clinton, CT 06413 | |
| intp | Union Savings Bank | c/o Christopher G. Winans, Esq. | 98 Mill Plain Road    Suite 2A    Danbury, CT 06811 | |
| 9384004 | Advanta    Attn: Managing Memeer    PO Box 9217    Old Bethpage, NY 11804 | | | |
| 9395901 | Andrew Ryan Donshik    2355 Lancashire Drive, Apt. 2A    Ann Arbor, MI 48105 | | | |
| 9395902 | Andrew Ryan Robbins    2355 Lancashire Drive, Apt. 2A    Ann Arbor Michigan 48105 | | | |
| 9384005 | Anthem BCBS    Attn: President    PO Box 1049    North Haven, CT 06473 | | | |
| 9384006 | Bank of the West    Attn: President    475 Sansome St, 19th Fl    NC–TRI–19–A    San Francisco, CA 94111 | | | |
| 9384007 | Citi Cards    Attn: President    PO Box 6241    Sioux Falls, SD 57117 | | | |
| 9386266 | Citizens Bank N.A.    One Citizens Bank Way    Mailstop: JCA115    Johnston, RI 02919 | | | |
| 9384008 | Corporation Service Co    Attn: Managing Member    PO Box 2576    Springfield, IL 62708 | | | |
| 9384009 | Corporation Service Co.    Attn: Managing Member    PO Box 2576    Springfield, IL 62708 | | | |
| 9384010 | Dana Martin    Duddy Goodwin & Pollard    Attn: Jamie Goodwin, Esq.    446 Main Street, 16th Floor    Worcester, MA 01608 | | | |
| 9384011 | Daniel Donshik    7415 Riviera Cove    Lakewood Ranch, FL 34202 | | | |
| 9384012 | De Lage Landen Financial Svcs    Attn: Managing Member    1111 Old Eagle School Rd    Wayne, PA 19087 | | | |
| 9384013 | Dell Financial Services    Attn: President    1 Dell Way    Mail Stop PS2DF–23    Round Rock, TX 78682 | | | |
| 9384014 | Dell Financial Services, LLC    Attn: President    1 Dell Way    Round Rock, TX 78682 | | | |
| 9384015 | First Collection Services    Attn: Managing Member    10925 Otter Creek E Blvd    Mabelvale, AR 72103–1661 | | | |
| 9384016 | Forward Financing LLC    Attn: Brian LeBlanc    53 State St 20th Floor    Boston, MA 02109 | | | |
| 9384017 | Frontier Communications    Attn: Bankruptcy Dept    19 John Street    Middletown, NY 10940 | | | |
| 9384018 | IFund Co, LLC    Attn: Managing Member    57 W 38th St    New York, NY 10018 | | | |
| 9384019 | Internal Revenue Service    Attn: General Agent    PO Box 7346    Philadelphia, PA 19101–7346 | | | |
| 9388492 | JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 | | | |
| 9395900 | Karen Donshik    c/o Charles D. Houlihan, Jr.    PO Box 582    Simsbury, CT 06070 | | | |
| 9384022 | LG Funding LLC    c/o Gene Rosen's Law Firm    200 Garden City Plaza, Suite 405    Garden City, NY 11530 | | | |
| 9384023 | Oracle    Attn: Alice Miller, Esq.    Corporate Counsel    500 Oracle Pkwy    Redwood City, CA 94065 | | | |
| 9394081 | Oracle America, Inc.    c/o Shawn M. Christianson, Esq.    Buchalter PC    425 Market St., Suite 2900    San Francisco, CA 94105 | | | |
| 9384024 | Peter C Donshik    7320 Riviera Cove    Bradenton, FL 34202 | | | |
| 9384025 | Port Authority NY/NJ    Attn: General Agent    PO Box 15183    Albany, NY 12212–5183 | | | |
| 9384026 | Reid Wolf    125 Forest Lakes Blvd    Naples, FL 34105 | | | |
| 9384027 | State of Connecticut    Department of Revenue Services    Attn: General Agent    450 Columbus Blvd    Hartford, CT 06103 | | | |
| 9395849 | U.S. Bank NA dba Elan Financial Services    Bankruptcy Department    PO Box 108    Saint Louis MO 63166–0108 | | | |
| 9385635 | Wells Fargo Bank, N.A.    Small Business Lending Division    P.O. Box 29482 MAC S4101–08C    Phoenix, AZ 85038 | | | |
| 9384030 | Williamson County, TN    Attn: Assessor of Property    1320 W Main St, Ste 300    Franklin, TN 37064–3736 | | | |

TOTAL: 35