Connecticut Local Form Fee Application Cover Sheet (08/22/2019)

# FEE APPLICATION COVER SHEET

Interim/Final Fee Application of: Final

Date of Admission to U.S. District Court, District of Connecticut: N/A

Time Period: From: _____ To: _____

Bankruptcy Petition Filed: October 25, 2022

Date of Entry of Retention Order: February 17, 2023

**Amount Requested**

Fees        $1200.50
Expenses    $1269.76
**Total     $2470.26**

**Reductions**

Voluntary Fee Reductions _____
Expenses _____

**Retainer Request:**

Retainer Received _____
Prior award applied _____
Balance before this request _____

**Expense Detail:**

Retainer Received _____
Prior award applied _____
Balance before this request _____
Copies per page cost and total _____

**Hours and Rates per professional:**

Hours _____ Rate _____

Rollcage

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 22-20743-JJT |
| ROLLCAGE TECHNOLOGY, INC. | ) | |
| Debtor | ) | June 6, 2023 |
| | ) | |

## APPLICATION OF CHAPTER 7 TRUSTEE AND AUCTIONEER THE HAMILTON GROUP, LLC TO APPROVE AND AUTHORIZE COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELEASE OF BOND

To the HONORABLE JAMES J. TANCREDI, Bankruptcy Judge:

Now comes the Chapter 7 Trustee, Anthony S. Novak and The Hamilton Group, LLC, of 36 Killingworth Turnpike, Clinton, Connecticut, the auctioneer employed by the bankruptcy estate (hereinafter "Hamilton"), and moves this Honorable Court for an Order approving and authorizing the Trustee to compensate and reimburse Hamilton for services rendered to the estate and expenses incurred on behalf of the estate as auctioneer. In support thereof, Hamilton states as follows:

1. On October 25, 2022, the above named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Code, after which Anthony S. Novak was appointed as Trustee ("Trustee").

2. An asset owned by the bankruptcy estate is a 2011 Lincoln Navigator (the "Vehicle") and various electronics including servers and used computers (the "Electronics").

3. After notice and hearing, the Court entered an Order dated February 17, 2023 (Doc ID #38) which approved the employment of Hamilton as auctioneer for the purposes of selling the Vehicle and Electronics by internet auction (the "Order") on a Twenty-Five percent (25%) commission basis with Ten Percent (10%) due from the estate after application and order and a buyer's premium of Fifteen Percent (15%) payable directly to The Hamilton Group by the buyer of the asset and not the Chapter 7 estate for a total commission of Twenty-Five Percent (25%) plus reasonable costs.

4. The Vehicle and Electronics were sold through an online public auction with multiple bidding platforms including Bidspotter, Auctionzip, Facebook and Craigslist. The auction was a timed event from April 30, 2023 through May 11, 2023.

5. The Vehicle was sold for the sum of $10,925.00 including the buyer's 15% premium of $1,425.00 resulting in a net sales price realized to the estate of $9,500.00 after the 15% buyer's premium retained by Hamilton.

6. The Electronics were sold for the sum of $2,880.75 including the 15% buyer's premium of $375.75 resulting in a net sales price realized to the estate of $2,505.00 after the 15% buyer's premium retained by Hamilton.

7. The Order permitted Hamilton to be compensated 10% of the sales price after a buyer's premium obtained from such sale. Therefore, the commission earned by Hamilton on the Vehicle is $950.00 (10% of $9,500.00) and $250.50 on the Electronics (10% of $2,550.00).

8. Further, Hamilton incurred expenses in connection with the sale of the Vehicle and Electronics, which expenses totaled $1,269.76. Attached as Exhibit "A" is a detailed description of the expenses, as well as copies of applicable invoices and/or checks to support said expenses.

9. In connection with this case, the Auctioneer now seeks compensation in the amount of $1,200.50 in commissions and reimbursement of expenses in the amount of $1,269.76. Hamilton believes that the requested compensation and reimbursement of expenses are fair and reasonable. Further, the Trustee has no objection to the requested amounts.

10. Hamilton has not entered into any prohibited agreements for the sharing of compensation.

WHEREFORE, pursuant to 11 U.S.C. §§ 328 and 330, The Hamilton Group, LLC respectfully requests that this Honorable Court (a) authorize and allow The Hamilton Group, LLC commission compensation in the amount of $1,200.50 and reimbursement of expenses in the amount of $1,269.76, (b) authorize the Trustee to pay The Hamilton Group, LLC said allowed amounts and (c) to authorize the release and return of the $20,000.00 bond to The Hamilton Group, LLC; and (d) Allow The Hamilton Group, LLC to retain the Fifteen Percent (15%) buyer's premium paid directly to The Hamilton Group, LLC by the buyers.

ANTHONY S. NOVAK, TRUSTEE

By */s/ Anthony S. Novak*
Anthony S. Novak, Esq.
Chapter 7 Trustee
280 Adams Street
Manchester, CT 06042
Tel: 860-432-7710
Fed. Bar #ct09074

THE HAMILTON GROUP, LLC

By:*/s/ Michael Knudsen*
    MICHAEL KNUDSEN, Member
    36 Killingworth Turnpike
    Clinton, CT 06413
    Tel. (203) 433-8052
    mike@hamilton-grp.com

**Rollcage Auction Expenses**

| Decription | Cost |
|---|---|
| Bidspotter | $625.21 |
| Clean & Detail Lincoln | $140.00 |
| Bond | $175.00 |
| Rollcage Electronics Pickup Diesel | $48.55 |
| Electronics Pickup Labor | $160.00 |
| Auctionzip Ads | $20.00 |
| Facebookl ads | $48.00 |
| Craigslist Ads | $11.00 |
| Facebook 2nd Ad | $42.00 |
| | |
| Total Expenses | $1,269.76 |

EXH. A

BidSpotter, Inc.
REMITTANCE ADDRESS:
PO BOX 735389
CHICAGO, IL 60673-5389

Phone: 253-858-6777

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2023 | 49133 |

**Bill To**

Hamilton Group LLC
36 Killingworth Turnpike (Route 81)
Clinton, CT 06413

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|---|---|---|---|---|---|---|
| 5/11/2023 | Net 15 | 6/14/2023 | H_TMH | | bsctheh10173 | |

| Item | Description | US Hammer | Rate | US Dollar |
|---|---|---|---|---|
| 300 - Event Fe... | Timed - Event Fee - Bankruptcy Court Ordered Sale: 2011 Lincoln Navigator & Computer / Electronics Equipment / 2007 Honda CBR 1000RR Motorcycle | | 350.00 | 350.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 15,755 | 0.03 | 472.65 |

*Handwritten notes:*
Rollcage $12,025.00 = 76%
Schwarz $3,750.00 = 24%
$15,755.00

Rollcage: $625.21
Schwarz: $197.44

Everyone at BidSpotter.com thanks you for your business!
Please let us know how we may serve you!

**Wire Transfer Information**
JPMorgan Chase Bank NA
10430 Highland Manor Dr.
Tampa, FL 33610
BidSpotter, Inc.
ABA-Routing: 021000021
Acct.#: 851502762
SWIFT BIC: CHASUS33

Please Reference Invoice#
on Wire or ACH

For Check Payments

Please Mail to Above Address

| Total | $822.65 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $822.65 |

Hamilton Group LLC
56 Killingworth Tpke
Clinton, CT 06413-1587

Citizens Bank, NA
156 East Main Street
Clinton, CT 06413
51-7011/2111

10672

6/3/2023

PAY TO THE ORDER OF: Bidspotter Inc              $ **822.65

Eight Hundred Twenty-Two and 65/100********************************************************************** DOLLARS

Bidspotter Inc

MEMO  Invoice# 49133

AUTHORIZED SIGNATURE

⑈010672⑈ ⑆211170114⑆ 2230955610⑈

International Sureties, Ltd.
701 POYDRAS Street
SUITE 420
NEW ORLEANS, LA 70139
504-581-6404
504-581-1876 - FAX

Thursday, January 26, 2023

INVOICE

MIKE KNUDSEN
THE HAMILTON GROUP, LLC
36 KILLINGWORTH TURNPIKE
CLINTON, CT 06413

PHONE - (203) 433-8052
FAX   - (203) 643-2285
eMAIL -

SINGLE SALE AUCTIONEER BANKRUPTCY BOND - ROLLCAGE TECHNOLOGIES, INC.; CASE #22-20743-JJT

Bond Amount $    20,000

Bond # 0828816
TERM: 01/25/23 to 04/25/23

BALANCE DUE            $    175.00

PLEASE REMIT UPON RECEIPT

PLEASE PUT BOND NUMBER ON CHECK !
PLEASE MAKE CHECKS PAYABLE TO INTERNATIONAL SURETIES, LTD.



**Hamilton Group LLC**
36 Killingworth Tpke
Clinton, CT 06413-1387

Citizens Bank, NA
156 East Main Street
Clinton, CT 06413
51-7011/2111

010536

1/26/2023

PAY TO THE ORDER OF   International Surties                     $ **175.00

One Hundred Seventy-Five and 00/100************************************************************************* DOLLARS

International Surties
701 Poydras Street
New Orleans, LA 70139

MEMO   Rollcage Tech Bond# 0828816

⑾010536⑾ ⑆211170114⑆ 223095561⑾

---

**Hamilton Group LLC**

International Surties                                    1/26/2023            010536
                                                                              175.00

Citizen's Bank 5610   Rollcage Tech Bond# 0828816                             175.00

**Hamilton Group LLC**

International Surties                                    1/26/2023            010536
                                                                              175.00

Citizen's Bank 5610   Rollcage Tech Bond# 0828816                             175.00

*Rollcage Electronic Pickup*

```
            WELCOME
             MOBIL
           176 WEST ST
           CROMWELL CT
              06416


DATE 1/26/23 10:21
TRAN#9028955
PUMP# 02
SERVICE LEVEL: SELF
PRODUCT: DIESEL
GALLONS:          9.711
PRICE/G:         $4.999
FUEL SALE        $48.55
   CREDIT        $48.55

USD$48.55
************9410
Entry: Chip Read
AppName: Mastercard
AuthNet: MASTERCD
MODE: Issuer
AID: A0000000041010
Auth #: 012075
Resp Code: 000
Stan: 0233654470
Invoice #: 511255
Shift #: 1
Store # 9752916

Verified By PIN
No Signature Needed




           THANK YOU
         HAVE A NICE DAY
```

**Mike Knudsen**

---

| | |
|---|---|
| From: | AuctionZip Receipt <info@auctionzip-alerts.com> |
| Sent: | Sunday, April 30, 2023 9:03 AM |
| To: | mike@hamilton-grp.com |
| Subject: | AuctionZip Purchase Receipt |



# Thank you for your order!

Please double check the information below to make sure it is correct. For questions, feel free to contact us at (617) 746-9800.

**Order Date:** 04/30/2023
**Auctioneer:** Hamilton Group LLC

**Card:**

ending in 6003
**Exp:**
09/2024
**ListingID:** 3803146
**Auction:** 2011 Lincoln Navigator & Honda CBR100RR Motorcycle - May 11, 2023
**Order Summary**
Auction Listing                                                                                   $20.00

**Total:**
                                                                                                  $20.00

PAID IN FULL

1

                                                              

8 days

Start date
Apr 30, 2023

End date
May 8, 2023

Created by
Amy Maklari

Ad account
Amy Maklari
ID: 523509149461562

Ad type
Boosted post

See Less

## Preview

Online Only Public Auction: Bankruptcy Assets From Two Cases Case No. 22-20743 & 22-20420 By Order of the United States Bankruptcy Court, District of CT Chapter 7 Bankruptcy Case No. 22-20743 2011 Lincoln Navigator & Computer 2007 Honda CBR 1000RR Motorcycle Pick Up: 36 Killingworth Turnpike, Clinton, CT 06413 Bidding Closes: Thursday May 11th @ 1:00P.M. EST Inspection: Wednesday May 10th From 9-3...



View ad                                                                          Edit ad

## Payment method

American Express • 5016                                                          Change

## Amount spent

Total Amount                                                                     $42.00

6/3/23, 4:07 PM                                                             (2) View Results | Facebook

   Q                                                                                                              +   🔔 2   ●

9 days

See all ☐

### Preview



Online Only Public Auction: Bankruptcy Assets By Order of the United States Bankruptcy Court, District of CT Chapter 7 Bankruptcy Case No. 22-20743 Pick Up: 36 Killingworth Turnpike, Clinton, CT 06413 Bidding Closes: Thursday May 11th @ 1:00P.M. EST Inspection: Wednesday May 10th From 9-3 FEATURED ITEMS - Dell PowerEdge Servers - Dell Color LaserJet Printer AUCTION TYPE: Online Only Public Auction: WWW....

View ad                                                                 Edit ad

### Payment method

  American Express • 5016                                                                              Change

### Amount spent

Total Amount                                                                                                          $48.00

| craigslist payment receipt | |
|---|---|
| Payment Type: | Credit Card |
| Payment ID: | 256373831 |
| Payment Date: | 2023-04-30 09:16:22 |
| Card Number: | 9639 (Visa) |
| Card Holder: | Michael Knudsen |
| Amount: | $3.00 USD |
| | $3.00 assigned to invoice 257987937 |

Computers

6/3/23, 4:03 PM                                                craigslist: show payment receipt

| craigslist payment receipt | |
|---|---|
| Payment Type: | Credit Card |
| Payment ID: | 256385943 |
| Payment Date: | 2023-04-30 14:04:01 |
| Card Number: | 5016 (American Express) |
| Card Holder: | Amy Maklari |
| Amount: | $3.00 USD |
| | $3.00 assigned to invoice 258000049 |

Computers

6/3/23, 4:02 PM                                craigslist: show payment receipt

| craigslist payment receipt | |
|---|---|
| **Payment Type:** | Credit Card |
| **Payment ID:** | 256376132 |
| **Payment Date:** | 2023-04-30 10:03:43 |
| **Card Number:** | 5016 (American Express) |
| **Card Holder:** | Amy Maklari |
| **Amount:** | $5.00 USD |
| | $5.00 assigned to invoice 257990239 |

Lincoln



| | | | |
|---|---|---|---|
| | | | 010535 |
| Hamilton Group LLC<br>36 Killingworth Tpke<br>Clinton, CT 06413-1387 | Citizens Bank, NA<br>156 East Main Street<br>Clinton, CT 06413<br>51-7011/2111 | | 1/26/2023 |

PAY TO THE ORDER OF   Mark Thomas                                                                 $  **160.00

One Hundred Sixty and 00/100************************************************************************  DOLLARS

Mark Thomas

MEMO  Rollcage Electronics Pickup

⑈010535⑈ ⑆211170114⑆ 2230955610⑈

---

**Hamilton Group LLC**
Mark Thomas                                             1/26/2023                 010535
                                                                                 160.00



Citizen's Bank 5610    Rollcage Electronics Pickup                                160.00

**Hamilton Group LLC**
Mark Thomas                                             1/26/2023                 010535
                                                                                 160.00



Citizen's Bank 5610    Rollcage Electronics Pickup                                160.00



Hamilton Group LLC                                                      2/10/2023           010551
    Mark Thomas                                                                              140.00

    Citizen's Bank 5610    Rollcage Lincoln Clean

Hamilton Group LLC                                                      2/10/2023           010551
    Mark Thomas                                                                              140.00

                                                                                             140.00

    Citizen's Bank 5610    Rollcage Lincoln Clean

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re )<br>)<br>ROLLCAGE TECHNOLOGY, INC. )<br>Debtor )<br>) | Chapter 7<br>Case No. 22-20743-JJT |

**ORDER ALLOWING AUCTIONEER'S COMPENSATION AND EXPENSES AND AUTHORIZING PAYMENT AND RELEASE OF BOND**

Upon the Application of The Hamilton Group, LLC, seeking compensation and reimbursement of expenses as auctioneer in the above-captioned case and for cause shown, it is hereby

ORDERED that The Hamilton Group, LLC is allowed commission compensation in the amount of $1,200.50 and reimbursement of expenses in the amount of $1,269.76 and it is further

ORDERED that the Trustee in the above-captioned matter is authorized to pay the aforesaid amounts to The Hamilton Group, LLC.

ORDERED that the $20,000.00 bond posted by The Hamilton Group, LLC in regard to the sale of the estate's assets may be released and returned.

ORDERED that the Fifteen (15%) Percent Buyer's premium collected from the Buyers in regard to the sale of the assets set forth in the Motion is allowed to be retained by The Hamilton Group, LLC.