**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | |
| | : | **CHAPTER 7** |
| ROLLCAGE TECHNOLOGY, INC. | : | **CASE NO. 22-20743-JJT** |
| | : | |
| DEBTOR | : | June 13, 2023 |

**TRUSTEE'S REPORT OF SALE OF 2011 LINCOLN NAVIGATOR**
**AND VARIOUS ELECTRONIC EQUIPMENT**

TO:    THE HONORABLE JAMES J. TANCREDI
         UNITED STATES BANKRUPTCY JUDGE:

Anthony S. Novak, Chapter 7 Trustee of the above-designated estate, filed a Motion to Sell the Estate's Property by Public Internet Auction a 2011 Lincoln Navigator and Electronic Equipment on March 2, 2023  (Doc ID #47).

Said Motion to Sell was sent to parties in interest in these proceedings of the Trustee's intent to sell the estate's interest in the following asset:

   **2011 Lincoln Navigator    VIN#5LMJJ2J54BEJ05355 for $9,500.00**
   **Electronic Equipment for $2,505.00**

No objections were filed with Court.  A hearing was held on April 13, 2023 and the Court issued an Order (Doc ID #66) granting the Trustee's Motion allowing the sale of the 2011 Lincoln Navigator and Electronic Equipment at public internet auction.

On May 15, 2023, the Trustee consummated the sale of said 2011 Lincoln Navigator pursuant to the terms and conditions of the Sale Order to CARYN E. ERICKSON/FLAT ROCK FARM for $9,500.00 which sum has been received and deposited into the Trustee's bonded accounts.

On May 15, 2023, the Trustee consummated the sale of said Electronic Equipment pursuant to the terms and conditions of the Sale Order to various buyers listed on attached Exhibit A for the total sum of $2,505.00 which sum has been received and deposited into the Trustee's bonded accounts.

By /s/ Anthony S. Novak
Anthony S. Novak
Chapter 7 Trustee
280 Adams Street
Manchester, CT 06042-1975
(860) 432-7710

**PAID IN FULL**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
36 Killingworth Turnpike
Clinton, CT  06413

Phone: 203-433-8052   Fax: 203-643-2285

| | |
|---|---|
| Invoice #: | 12629 |
| Date: | 6/6/2023 2:09:04 PM |
| Page: | 1 |

**# 10**

**SOLD TO:**
Caryn E Erickson
Flat Rock Farm
39 Bill Hill RD
Lyme, CT 06371-2342
Phone:12129870933

caryn.erickson@gmail.com

| Lot# | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|
| 1 | 2011 Lincoln Navigator 4x4, 109,399 Miles, GPS, Heated/Cooled Seats, 5.4L-3V SOHC V8 Engine, 6 Spe Automatic Transmission, Sterling Gray Metallic, Has (2) Key Fobs but one key fob will only open the door | 1 | 9,500.00 |

| | |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 9,500.00 |
| 15% Buyer's Premium: | 1,425.00 |
| Tax1  Default: | 0.00 |
| Invoice Total: | $10,925.00 |
| Cash   -   5/16/2023   - | 10,925.00 |
| Remaining Invoice Balance: | $0.00 |

The Hamilton Group is an agent of the seller. Seller, in consideration of the sums paid to Seller by Purchaser and other good and valuable consideration, receipt of which is sells, transfers and assigns to the Purchaser all of its rights, title and interest (legal or equitable) in and to all the personal property ("Property") located at the location, in whi agent , has an interest in that is identified above. Said Property is sold "AS IS, WHERE IS," and without any warranty, express or implied, guarantee of  fitness of use of any than the absence of any liens by, through, or under Seller.  The Selling party does not license any software that may be associated with the Property, and makes no repres use" of any software.

By acceptance of the Property transferred hereunder, Purchaser agrees to pay all sales, use and other taxes payable in connection with this sale,  All Removal Is At The Ex Buyer.   Items not removed by Friday 6/9/2023 by 4:00PM CT will be considered abandoned.

**PAID IN FULL**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
36 Killingworth Turnpike
Clinton, CT  06413

Phone: 203-433-8052   Fax: 203-643-2285

| Invoice #: | 12635 |
|---|---|
| Date: | 6/6/2023 2:09:36 PM |
| Page: | 1 |

**# 22**

**SOLD TO:**
Michael Hitsman
2359 Clark Rd
Canastota, NY 13032
Phone:13152695008

hitsman100@gmail.com

| Lot# | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|
| 26 | PowerEdge R620, Untested, (2) 146 GB, Drive, (2) Power Cords, Paperwork In Box Says Its Ref No Further Testing Done | 1 | 25.00 T  T |

|  |  |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 25.00 |
| 15% Buyer's Premium: | 3.75 |
| Tax1  Default: | 1.83 |
| Invoice Total: | $30.58 |
| Paypal  -  5/20/2023  - | 30.58 |
| Remaining Invoice Balance: | $0.00 |

The Hamilton Group is an agent of the seller. Seller, in consideration of the sums paid to Seller by Purchaser and other good and valuable consideration, receipt of which is sells, transfers and assigns to the Purchaser all of its rights, title and interest (legal or equitable) in and to all the personal property ("Property") located at the location, in whi agent , has an interest in that is identified above. Said Property is sold "AS IS, WHERE IS," and without any warranty, express or implied, guarantee of  fitness of use of any than the absence of any liens by, through, or under Seller.  The Selling party does not license any software that may be associated with the Property, and makes no repres use" of any software.

By acceptance of the Property transferred hereunder, Purchaser agrees to pay all sales, use and other taxes payable in connection with this sale,  All Removal Is At The Ex Buyer.   Items not removed by Friday 6/9/2023 by 4:00PM CT will be considered abandoned.

**PAID IN FULL**

The Hamilton Group, LLC  Auctioneers & Appraisers
36 Killingworth Turnpike
Clinton, CT  06413

Phone: 203-433-8052   Fax: 203-643-2285

| Invoice #: | 12631 |
|---|---|
| Date: | 6/6/2023 2:09:58 PM |
| Page: | 1 |

**# 38**

**SOLD TO:**
Michael Sarigianis
34 Center Road Cir
Orange, CT 06477-1201
Phone:12039156298

drummerundrcover@gmail.com

| Lot# | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|
| 24 | Dell M: E31S PowerEdge R 730, Powers Up, (2) 200 GB Drive (6) 1.8 TB Drive,  No Further Testing Done | 1 | 200.00 T   T |
| 27 | Datto M: SJE48000, Powers Up with Power Cords, (12) 6 TB Drive,  No Further Testing Done | 1 | 325.00 T   T |

|  |  |
|---|---|
| Total Quantity: | 2.00 |
| Total Extended Price: | 525.00 |
| 15% Buyer's Premium: | 78.75 |
| Tax1  Default: | 38.34 |
| Invoice Total: | $642.09 |
| Cash   -   5/15/2023   - | 642.09 |
| Remaining Invoice Balance: | $0.00 |

The Hamilton Group is an agent of the seller. Seller, in consideration of the sums paid to Seller by Purchaser and other good and valuable consideration, receipt of which is sells, transfers and assigns to the Purchaser all of its rights, title and interest (legal or equitable) in and to all the personal property ("Property") located at the location, in whi agent , has an interest in that is identified above. Said Property is sold "AS IS, WHERE IS," and without any warranty, express or implied, guarantee of  fitness of use of any than the absence of any liens by, through, or under Seller.  The Selling party does not license any software that may be associated with the Property, and makes no repres use" of any software.

By acceptance of the Property transferred hereunder, Purchaser agrees to pay all sales, use and other taxes payable in connection with this sale,  All Removal Is At The Ex Buyer.   Items not removed by Friday 6/9/2023 by 4:00PM CT will be considered abandoned.

**PAID IN FULL**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**

Phone: 203-433-8052   Fax: 203-643-2285

| | Invoice #: | 12628 |
|---|---|---|
| | Date: | 6/6/2023 2:08:37 PM |
| | Page: | 1 |

**# 5**

**SOLD TO:**
Kyle Gibbons
Gibbons, LLC
127 N Sturbridge Rd
Charlton, MA 01507-1714
Phone:15304262378

kyle@kylegibbons.com

| Lot# | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|
| 2 | Dell M: E04W 2024 Network Switch, Powers Up, No Further Testing Done | 1 | 25.00  T  T |
| 3 | Dell M: E04W 2024 Network Switch, Powers Up,  No Further Testing Done | 1 | 25.00  T  T |
| 4 | Rack Mounted Switch N4032 Powers Up,  No Further Testing Done | 1 | 150.00  T  T |
| 5 | Rack Mounted Switch N4032 Powers Up,  No Further Testing Done | 1 | 200.00  T  T |
| 6 | Dell 2024 Network Switch, Powers Up,  No Further Testing Done | 1 | 70.00  T  T |
| 10 | Dell M: E13S PowerEdge Server, Powers Up<br>Dell M: E13S PowerEdge Server, Powers Up, (1) Dell 1 Drive & (1) Dell 1 TB Drive,  No Further Testing Done | 1 | 25.00  T  T |

**PAID IN FULL**

The Hamilton Group, LLC  Auctioneers & Appraisers
36 Killingworth Turnpike
Clinton, CT  06413

Phone: 203-433-8052  Fax: 203-643-2285

| Invoice #: | 12628 |
|---|---|
| Date: | 6/6/2023 2:08:38 PM |
| Page: | 3 |

#5 Kyle Gibbons
Gibbons, LLC
127 N Sturbridge Rd
Charlton, MA 01507-1714
Phone:15304262376

| Lot# | DESCRIPTION | | EXTENDED PRICE | |
|---|---|---|---|---|
| 23 | Dell M: E05S, Powers Up, (1) 1000 GB Drive, No Further Testing Done | 1 | 25.00 T | T |
| 29 | Lot of (5) Raid Pac Highly Reliable Systems, Self Contained Drive No Further Testing Done | 1 | 25.00 T | T |

|  |  |
|---|---|
| Total Quantity: | 16.00 |
| Total Extended Price: | 930.00 |
| 15% Buyer's Premium: | 139.50 |
| Tax1  Default: | 67.91 |
| Invoice Total: | $1,137.41 |
| Check  -  5/13/2023  - | 1,137.41 |
| Remaining Invoice Balance: | $0.00 |

The Hamilton Group is an agent of the seller. Seller, in consideration of the sums paid to Seller by Purchaser and other good and valuable consideration, receipt of which is sells, transfers and assigns to the Purchaser all of its rights, title and interest (legal or equitable) in and to all the personal property ("Property") located at the location, in whi agent , has an interest in that is identified above. Said Property is sold "AS IS, WHERE IS," and without any warranty, express or implied, guarantee of fitness of use of any than the absence of any liens by, through, or under Seller.  The Selling party does not license any software that may be associated with the Property, and makes no repres use" of any software.

By acceptance of the Property transferred hereunder, Purchaser agrees to pay all sales, use and other taxes payable in connection with this sale,  All Removal Is At The Ex Buyer.  Items not removed by Friday 6/9/2023 by 4:00PM CT will be considered abandoned.

**PAID IN FULL**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT  06413**

**Phone: 203-433-8052   Fax: 203-643-2285**

| | |
|---|---|
| Invoice #: | 12632 |
| Date: | 6/6/2023 2:09:15 PM |
| Page: | 1 |

**SOLD TO:**  # 15
Aly Morshed
8700 Front Beach Road
Panama City Beach, FL 32407-4226
Phone:850-960-2729

alymorshed@hotmail.com

| Lot# | DESCRIPTION | QUANTITY | EXTENDED PRICE | |
|---|---|---|---|---|
| 13 | Dell PowerEdge R730 Server, Powers Up, (6) Dell 1.8 TB Drive,  No Further Testing Done | 1 | 125.00 | T |
| 16 | Dell M: E31S PowerEdge R730, Powers Up, (2) 480 GB Drive & (5) 2 TB Drive,  No Further Testing Done | 1 | 175.00 | T |
| 17 | Dell M: E31S PowerEdge R730, Powers Up, (2) 200 GB Drive & (6) 1.8 TB Drive,  No Further Testing Done | 1 | 275.00 | T |
| 21 | Dell M: E13S001, Powers Up, (4) 1 TB Drive & (8) 1000 GB Drive,  No Further Testing Done | 1 | 175.00 | T |
| 25 | Promise Technology Inc Storage Platform V Trak E630f, Fan Powers Up, (8) 2 TB Drive & (8) 2000 GB Dri Further Testing Done | 1 | 225.00 | T |

| | | |
|---|---|---|
| Total Quantity: | | 5.00 |
| Total Extended Price: | | 975.00 |
| 15% Buyer's Premium: | | 146.25 |
| Tax1  Default: | | 0.00 |

**PAID IN FULL**

The Hamilton Group, LLC  Auctioneers & Appraisers
36 Killingworth Turnpike
Clinton, CT  06413

Phone: 203-433-8052   Fax: 203-643-2285

| Invoice #: | 12636 |
|---|---|
| Date: | 6/6/2023 2:09:26 PM |
| Page: | 1 |

# 19

**SOLD TO:**
David Yankelitis
Yanks
636 Mineral Ave
Scranton, PA 18509
Phone:15705613671

yanks_auto@yahoo.com

| Lot# | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|
| 28 | Dell 3110 Color Printer, Test Page Printed, No Further Testing Done | 1 | 50.00 T   T |

|  |  |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 50.00 |
| 15% Buyer's Premium: | 7.50 |
| Tax1  Default: | 3.65 |
| Invoice Total: | $61.15 |
| Cash   -   5/20/2023   - | 61.15 |
| Remaining Invoice Balance: | $0.00 |

The Hamilton Group is an agent of the seller. Seller, in consideration of the sums paid to Seller by Purchaser and other good and valuable consideration, receipt of which is sells, transfers and assigns to the Purchaser all of its rights, title and interest (legal or equitable) in and to all the personal property ("Property") located at the location, in whi agent , has an interest in that is identified above. Said Property is sold "AS IS, WHERE IS," and without any warranty, express or implied, guarantee of  fitness of use of any than the absence of any liens by, through, or under Seller.  The Selling party does not license any software that may be associated with the Property, and makes no repres use" of any software.

By acceptance of the Property transferred hereunder, Purchaser agrees to pay all sales, use and other taxes payable in connection with this sale,  All Removal Is At The Ex Buyer.   Items not removed by Friday 6/9/2023 by 4:00PM CT will be considered abandoned.