**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC. | : | CASE NO. 22-20743-JJT |
| Debtor | : | June 26, 2023 |

### MOTION FOR THE HAMILTON GROUP, LLC TO APPEAR REMOTELY FOR THE 7/6/23 HEARING

Anthony S. Novak, Chapter 7 Trustee for the Estate of Rollcage Technology, Inc. (the "Trustee"), hereby respectfully submits this motion for an order permitting Michael Knudsen of The Hamilton Group, LLC to appear remotely for the July 6, 2023 hearing concerning the Final Application for Compensation (Doc. ID #71). Mr. Knudsen is scheduled to be in the State of Nevada and it would make it more convenient for the Trustee's Auctioneer to appear telephonically or by ZoomGov to answer any questions regarding the Final Application for Compensation. The Trustee will be present in the court room.

ANTHONY S. NOVAK, Chapter 7 Trustee

 */s/ Anthony S. Novak*
Anthony S. Novak, Esq.
Novak Law Office, PC
280 Adams Street
Manchester, CT 06040
Tel: 860-432-7710
Fed. Bar #ct09074

### CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 26th day of June 2023 the foregoing was served on the U.S. Trustee and all appearing parties via the court's electronic filing system.

 */s/ Anthony S. Novak*
Anthony S. Novak, Esq.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC. | : | CASE NO.  22-20743-JJT |
| Debtor | : | |

**PROPOSED ORDER FOR MOTION FOR AUCTIONNER TO APPEAR REMOTELY FOR THE 7/6/23 HEARING**

It is hereby ordered that Michael Knudsen of The Hamilton Group, LLC, auctioneer for l for Anthony S. Novak, Chapter 7 Trustee for Rollcage Technology, Inc. (the "Trustee") may appear remotely for the July 6, 2023 hearing concerning the Final Application for Compensation (Doc. 71).  The remote access information for the hearing may be obtained by _____.