**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | AUGUST 14, 2023 |

### MOTION FOR RULE 2004 EXAMINATION

Anthony S. Novak, Chapter 7 Trustee of the Estate of Rollcage Technology, Inc. (the "Trustee") through his undersigned counsel, Jeffrey Hellman hereby moves this Court for an order compelling Truist Bank ("Truist") to appear for an examination pursuant to Fed. R. Bankr. P. 2004(a) and 9016. In support hereof, the Trustee respectfully alleges as follows:

### INTRODUCTION

1. On October 25, 2022 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

### BACKGROUND

3. The Trustee believes that Truist has knowledge and information concerning the financial condition and transactions of the Debtor's managing member Daniel Donshik ("Daniel").

1

## RELIEF REQUESTED

4. In order to fully determine the financial condition of the Debtor, the Trustee requests an order authorizing him to take the examination of Truist pursuant to Fed. R. Bankr. P. 2004(a).

5. In addition to conducting an examination of Truist, the Trustee seeks to compel, pursuant to Fed. R. Bankr. P. 2004(c), the production of documentary evidence in the manner provided in Fed. R. Bankr. P. 9016 as set forth on the subpoena annexed hereto.

## BASIS OF RELIEF REQUESTED

6. Fed. R. Bankr. P. 2004(a) provides that this Court may order the examination of any entity. Truist is an entity which the Trustee believes should be examined under Rule 2004(a) and from whom documents should be obtained pursuant to Rule 2004(c).

7. The undersigned submits that the relief requested herein is appropriate and authorized by Fed. R. Bankr. P. 2004(a) and (c).

**WHEREFORE**, the undersigned respectfully requests that the Court grant the relief requested herein and for such other and further relief as may be just and proper.

Dated at New Haven, Connecticut this 14th day of August, 2023.

          **ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ROLLCAGE TECHNOLOGY, INC.**

By:    /s/ *Jeffrey Hellman*
        Jeffrey Hellman, Esq.
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT 06510
        Tel. 203-691-8762
        Email: jeff@jeffhellmanlaw.com
        Federal Bar No.: ct04102