**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | AUGUST 14, 2023 |

## ORDER AUTHORIZING RULE 2004 EXAMINATION

Upon consideration of the Motion For Rule 2004 Examination submitted by Anthony S. Novak, Chapter 7 Trustee for the Estate of Rollcage Technology, Inc. (the "Trustee") in the above-captioned case seeking an order authorizing a Bankruptcy Rule 2004 examination of Truist Bank ("Truist") and the Court having determined there is good cause for granting the requested relief as conditioned hereafter:

**IT IS HEREBY ORDERED** that the Trustee may examine Truist pursuant to Fed. R. Bankr. P. 2004(a), with attendance, and the production of documentary evidence, by agreement, or compelled in the manner provided in Fed. R. Bankr. P. 9016, *see* Fed. R. Bankr. P. 2004(c).