**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | AUGUST 14, 2023 |

### CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2023, the foregoing Motion for Rule 2004 Examination, draft Subpoena, Notice and Proposed Order have been served by U.S., postage prepaid, mail, electronic mail, or operation of the Court's CM/ECF system upon the following:

**Notice Party:**

Truist Bank
Attn: President
214 N. Tryon Street
Charlotte, NC 28202

**Debtor:**

Rollcage Technology, Inc.
Attn: Daniel Donshik, President
7415 Riviera Cove
Lakewood Ranch, FL 34202

**U.S. Trustee/Trustee/Attorneys who filed Appearances:**

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Steven.E.Mackey@usdoj.gov

- **Ronald Ian Chorches**: ronchorcheslaw@sbcglobal.net
- **Karen Donshik**: karenrobbinselise@gmail.com
- **Charles D. Houlihan**: charles@houlihan.law
- **Anthony S. Novak**: AnthonySNovak@aol.com, ct07@ecfcbis.com; novaklawofficepc@gmail.com
- **U. S. Trustee**: USTPRegion02.NH.ECF@USDOJ.GOV
- **Christopher G. Winans**: chris@cgwinansesq.com

/s/ *Jeffrey Hellman*
Jeffrey Hellman