**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | SEPTEMBER 26, 2023 |

### MOTION FOR RULE 2004 EXAMINATION

Anthony S. Novak, Chapter 7 Trustee of the Estate of Rollcage Technology, Inc. (the "Trustee") through his undersigned counsel, Jeffrey Hellman hereby moves this Court for an order compelling Tennetech LLC ("Tennetech") to appear for an examination pursuant to Fed. R. Bankr. P. 2004(a) and 9016. In support hereof, the Trustee respectfully alleges as follows:

### INTRODUCTION

1. On October 25, 2022 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

### BACKGROUND

3. Tennetech was formed as a Tennessee limited liability company in April 2022 by John Ryan Meyer a/k/a Ryan Meyer ("Meyer"). Meyer was 50% owner of and Vice President of the Debtor within two years of the Petition Date. Meyer in his capacity as Vice President of the Debtor has the authority to sign and execute all legal documents on behalf of the Debtor. See attached Exhibit A. Tennetech, upon information and belief, offers the same type of IT services as the Debtor. The Trustee believes that Tennetech has knowledge and information concerning

1

the financial condition, customer base and transactions history concerning the Debtor and the Debtor's relationship, if any, with Tennetech.

## RELIEF REQUESTED

4. In order to fully determine the financial condition of the Debtor and its potential relationship to Tennetech, the Trustee requests an order authorizing him to take the examination of Tennetech pursuant to Fed. R. Bankr. P. 2004(a).

5. In addition to conducting an examination of Tennetech, the Trustee seeks to compel, pursuant to Fed. R. Bankr. P. 2004(c), the production of documentary evidence in the manner provided in Fed. R. Bankr. P. 9016 as set forth on the subpoena annexed hereto.

## BASIS OF RELIEF REQUESTED

6. Fed. R. Bankr. P. 2004(a) provides that this Court may order the examination of any entity. Tennetech is an entity which the Trustee believes should be examined under Rule 2004(a) and from whom documents should be obtained pursuant to Rule 2004(c).

7. The undersigned submits that the relief requested herein is appropriate and authorized by Fed. R. Bankr. P. 2004(a) and (c).

**WHEREFORE**, the undersigned respectfully requests that the Court grant the relief requested herein and for such other and further relief as may be just and proper.

Dated at New Haven, Connecticut this 26th day of September, 2023.

                          **ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ROLLCAGE TECHNOLOGY, INC.**

By:    /s/ *Jeffrey Hellman*
        Jeffrey Hellman, Esq.
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT 06510
        Tel. 203-691-8762
        Email: jeff@jeffhellmanlaw.com
        Federal Bar No.: ct04102