**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | SEPTEMBER 26, 2023 |

**MOTION FOR RULE 2004 EXAMINATION**

Anthony S. Novak, Chapter 7 Trustee of the Estate of Rollcage Technology, Inc. (the "Trustee") through his undersigned counsel, Jeffrey Hellman hereby moves this Court for an order compelling Peter Donshik ("P. Donshik") to appear for an examination pursuant to Fed. R. Bankr. P. 2004(a) and 9016. In support hereof, the Trustee respectfully alleges as follows:

**INTRODUCTION**

1. On October 25, 2022 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

**BACKGROUND**

3. Peter Donshik ("Peter") and his wife Ellen Donshik ("Ellen") are the owners of two properties in Florida, specifically 7415 Riviera Cove, Lakewood Ranch, FL 34202 (the "7415 Property") and 7320 Riviera Cove, Lakewood Ranch, FL 34202 (the "7320 Property"). Peter is the father of Daniel Donshik ("Daniel"), CEO and 50% owner of the Debtor. According to Daniel's 2019 – 2022 federal tax returns, Daniel was residing at the 7415 Property at the time of the Petition Date and two years leading up to the Petition Date. The Trustee believes that

1

Peter has knowledge and information concerning the financial arraignment he and/or his wife Ellen have with Daneil regarding his use and/or occupancy of the 7415 Property and/or any other property owned by Peter Donshik and/or any entity owned or controlled by Peter Donshik.

### RELIEF REQUESTED

4. In order to fully determine the financial condition of the Debtor, the Trustee requests an order authorizing him to take the examination of Peter pursuant to Fed. R. Bankr. P. 2004(a).

5. In addition to conducting an examination of Peter, the Trustee seeks to compel, pursuant to Fed. R. Bankr. P. 2004(c), the production of documentary evidence in the manner provided in Fed. R. Bankr. P. 9016 as set forth on the subpoena annexed hereto.

### BASIS OF RELIEF REQUESTED

6. Fed. R. Bankr. P. 2004(a) provides that this Court may order the examination of any entity. Peter is an entity which the Trustee believes should be examined under Rule 2004(a) and from whom documents should be obtained pursuant to Rule 2004(c).

7. The undersigned submits that the relief requested herein is appropriate and authorized by Fed. R. Bankr. P. 2004(a) and (c).

**WHEREFORE**, the undersigned respectfully requests that the Court grant the relief requested herein and for such other and further relief as may be just and proper.

Dated at New Haven, Connecticut this 26th day of September, 2023.

                          **ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ROLLCAGE TECHNOLOGY, INC.**

By:    /s/ *Jeffrey Hellman*
        Jeffrey Hellman, Esq.
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT 06510
        Tel.  203-691-8762
        Email: jeff@jeffhellmanlaw.com
        Federal Bar No.: ct04102