**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | FEBRUARY 28, 2024 |

**NOTICE OF MOTION FOR RULE 2004 EXAMINATION**

Pursuant to Fed. R. Bankr. P. 2004(c) and Fed. R. Bankr. P. 9016, Anthony S. Novak, Chapter 7 Trustee for the Estate of Rollcage Technology, Inc., hereby provides notice that any objections to the foregoing Motion for Rule 2004 Examination (the "Motion") must be filed within seven (7) days of the date of the Motion. In the absence of a timely filed objection, the proposed order may enter without further notice and hearing.

                                          **ANTHONY S. NOVAK, CHAPTER 7**
                                          **TRUSTEE FOR THE ESTATE OF**
                                          **ROLLCAGE TECHNOLOGY, INC.**

By:   /s/ *Jeffrey Hellman*
        Jeffrey Hellman, Esq.
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT 06510
        Tel. 203-691-8762
        Email: jeff@jeffhellmanlaw.com
        Federal Bar No.: ct04102