**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | AUGUST 5, 2024 |

### FINAL APPLICATION FOR ALLOWANCE OF REIMBURSEMENT OF EXPENSES BY COUNSEL TO TRUSTEE

Law Offices of Jeffrey Hellman, LLC (the "Applicant") seeking final reimbursement of expenses incurred as counsel to Anthony S. Novak, Chapter 7 Trustee for the Estate of Rollcage Technology, Inc., pursuant to 11 U.S.C. §331, respectfully represents:

The Applicant is a professional limited liability company consisting of one (1) attorney, which specializes in the field of commercial litigation and bankruptcy, and has been in existence for over twelve (12) years. Attorney Jeffrey Hellman ("Attorney Hellman"), the sole member of this firm serves on the executive committee of the Federal Practice Section and the Commercial Law and Bankruptcy Section of the Connecticut Bar Association, and has spoken at seminars and national organizations on the topics of bankruptcy law. The services in this case were performed primarily by Jeffrey Hellman, principal in the office who has thirty-seven (38) years of experience and thirty-four (35) years of bankruptcy experience.

Anthony S. Novak is the duly appointed Chapter 7 Trustee for the Estate of Rollcasge Technology, Inc. (the "Trustee"). On December 20, 2022, the Trustee filed an application to retain the Applicant (Doc. 12) and the Court approved it on February 2, 2023 (Doc. 32).

No agreement or understanding exists between the Applicant and any other person for the sharing of compensation received or to be received for services rendered in or related to this matter.

Applicant will not, in any form, share or agree to share, compensation for services with any person or entity, nor will the Applicant share in the compensation of any other person or entity rendering services in this case, except as so provided by Bankruptcy Rule 2016.

## I. **INTRODUCTION**

1. This Final Application for Reimbursement of Expenses by Counsel to the Trustee (the "Application") is made for the period from November 21, 2022 through May 22, 2024 (the "Application Period"), during which time Applicant represented the Trustee concerning the investigation into possible preference payment, fraudulent transfer, and/or post-petition payment claims for the benefit of the Estate.

2. In accordance with this Court's February 2, 2023 order (Doc. 32) approving the Trustee's application to retain Applicant, Applicant is permitted to seek compensation based on one-third (1/3) of any recovery, plus reimbursement of costs and disbursements.

3. Appended hereto as <u>Exhibit A</u> are the daily time records with the list of expenses and disbursements concerning Applicant's services performed during the Application Period. These daily time entries were maintained in six-minute intervals and were recorded contemporaneously by Attorney Hellman.

4. As required by the Official Guidelines of the Office of the United States Trustee, below is a summary of the time expended and expenses incurred during the Application Period.

## II. **SUMMARY**

5. Applicant provided pre-litigation services to the Trustee by reviewing documents, drafting and filing multiple Motions for Rule 2004 Examination, drafting and serving multiple subpoenas for Rule 2004 Examinations, and conducing Rule 2004 Examinations in its investigation into possible preference payment, fraudulent transfer, and/or post-petition

payment claims.  As appears from Exhibit A, Applicant has expended a total of 29.60 hours on services involving pre-litigation.  Since Applicant has not litigated any claims, it is not seeking any compensation of fees.  However, during the Application Period, Applicant has incurred reimbursable expenses and disbursements.

### III.  APPLICATION REQUEST

8. This Application seeks reimbursement of expenses and disbursements incurred from November 21, 2022 through May 22, 2024.

9. In accordance with this Court's Order Authorizing Trustee To Employ Law Offices Of Jeffrey Hellman, LLC As Special Counsel To The Estate (Doc. 32), Applicant shall be compensated on a contingent fee basis with allowance and payment on one-third (1/3) of amounts recovered, plus reasonable expenses.

10. Applicant is not seeking compensation since it has not recovered any funds.  However, as appears from Exhibit A, Applicant advanced $1,078.48 for payment of fees for service of subpoenas for Rule 2004 Examinations and court reporter fees for taking the Rule 2004 Examinations.

11. Applicant submits that its fees incurred during the Application Period are reasonable.  Applicant has shared this Final Application for Reimbursement of Expenses with the Trustee, who has in turn approved of its submission to the Court.

**WHEREFORE**, it is respectfully requested that the Court authorize and allow Applicant a final award of $0.00 for compensation of fees and $1,078.48 for reimbursement of costs and disbursements for a final total reimbursement of $1,078.48 upon the Court's approval of this Final Application for Reimbursement of Expenses and grants Applicant such further relief as the Court deems just and proper.

Respectfully submitted on August 5, 2024.

                        **THE APPLICANT,**
                        **LAW OFFICES OF JEFFREY HELLMAN, LLC**

By:   /s/ *Jeffrey Hellman*
        Jeffrey Hellman
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT 06510
        Tel.: 203-691-8762
        jeff@jeffhellmanlaw.com
        Its attorney
        Federal Bar No.: ct04102