**EXHIBIT A**

# Law Offices of Jeffrey Hellman LLC

195 Church Street
Level 10th Fl.
New Haven, CT 06510
Ph. (203) 691-8762
Fax. (203) 823-4401
jeff@jeffhellmanlaw.com

**To:**
Anthony S. Novak, Trustee for Rollcage Technology

# Invoice

| | |
|---|---|
| Invoice Date: | 8/2/2024 |
| Invoice No: | 1412 |
| Due Date: | Due Upon Receipt |

Matter:  521-

Memo:  521- Anthony S. Novak, Trustee for Rollcage Technology, Adversary Proceedings

**Professional Fees**

| Date | Hours | Description | Amount |
|---|---|---|---|
| 05/12/2020 | 0.20 | Telephone call with Trustee | $100.00 |
| 11/21/2022 | 1.50 | Review of documents | $750.00 |
| 11/22/2022 | 1.00 | Review of documents | $500.00 |
| 11/22/2022 | 0.30 | Telephone call with Trustee | $150.00 |
| 12/21/2022 | 0.60 | Review of documents | $300.00 |
| 02/15/2023 | 2.00 | Review of documents | $1,000.00 |
| 02/20/2023 | 1.50 | meet with Scott F. | $750.00 |
| 02/20/2023 | 1.00 | Review of documents | $500.00 |
| 02/22/2023 | 0.80 | Review of documents and work on 2004s | $400.00 |
| 02/27/2023 | 0.50 | Drafting 2004 Subpoenas | $250.00 |
| 03/06/2023 | 0.20 | emails from Trustee | $90.00 |
| 03/13/2023 | 1.00 | Review of additional documents | $500.00 |
| 03/14/2023 | 0.30 | emails about Rule 2004 Exams | $150.00 |
| 03/20/2023 | 0.20 | Telephone call with Farmelant | $100.00 |
| 03/21/2023 | 0.20 | call and email with Renasant Bank counsel | $100.00 |
| 03/23/2023 | 0.50 | email from Barger and conversation about same | $250.00 |
| 03/24/2023 | 0.30 | Telephone call with Barger about Tennetech subpoena | $135.00 |
| 03/27/2023 | 0.20 | emails with Farmelant | $100.00 |
| 03/27/2023 | 0.30 | call with counsel for Tennetech and discussions about confidentiality order | $150.00 |
| 04/05/2023 | 0.30 | calls regarding production | $150.00 |
| 04/11/2023 | 0.20 | emails with K. Barger about protective order | $100.00 |
| 04/24/2023 | 0.20 | Telephone call with Trustee | $100.00 |
| 04/26/2023 | 0.20 | email from Farmelant | $100.00 |
| 05/03/2023 | 0.40 | Review of documents from Tennetech | $200.00 |
| 06/12/2023 | 1.00 | Review of documents | $500.00 |
| 08/03/2023 | 0.20 | Telephone call with Trustee | $100.00 |
| 08/04/2023 | 1.20 | Review of documents | $600.00 |
| 08/08/2023 | 0.60 | Review of documents | $300.00 |

| Date | Hours | Description | Amount |
|---|---|---|---|
| 09/18/2023 | 0.70 | Drafting 2004 Motions | $350.00 |
| 10/06/2023 | 0.20 | Telephone call with Ron Chorches | $100.00 |
| 10/13/2023 | 0.20 | emails with Barger | $100.00 |
| 10/18/2023 | 0.20 | emails with Barger | $100.00 |
| 10/20/2023 | 0.20 | Telephone call with K. Barger | $100.00 |
| 10/23/2023 | 0.50 | Review of Truist prodution | $250.00 |
| 10/24/2023 | 0.30 | Review of new documents | $150.00 |
| 10/25/2023 | 0.40 | Review of documents | $200.00 |
| 11/10/2023 | 0.30 | Review of documents | $150.00 |
| 01/08/2024 | 0.20 | emails with Trustee | $100.00 |
| 02/02/2024 | 0.30 | Telephone call with S.Farmelant | $150.00 |
| 02/09/2024 | 0.40 | Review of email from ex wife with transcript | $200.00 |
| 02/12/2024 | 0.10 | email with Trustee | $50.00 |
| 02/12/2024 | 2.00 | Review of bank records | $1,000.00 |
| 02/12/2024 | 0.70 | Review of other records | $350.00 |
| 02/19/2024 | 0.80 | Review of documents | $400.00 |
| 02/21/2024 | 0.80 | Review of documents | $400.00 |
| 02/27/2024 | 0.60 | Drafted Rule 2004 Examination documents re: Daniel Donshik | $150.00 |
| 02/28/2024 | 0.30 | finalize 2004 motion | $150.00 |
| 03/01/2024 | 0.20 | email from Chorches | $100.00 |
| 03/04/2024 | 0.50 | Review of bank records | $250.00 |
| 03/05/2024 | 0.20 | Telephone call with Ron Chorches | $100.00 |
| 03/14/2024 | 0.40 | Review of documents | $200.00 |
| 05/02/2024 | 0.30 | meet with Ron Chorches | $150.00 |
| 05/03/2024 | 1.20 | Review of bank statements | $600.00 |
| 05/10/2024 | 0.70 | 2004 Exam of Donshik | $350.00 |
| | **29.60** | | **$14,625.00** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/10/2023 | Payment of fee for service of Subpoena for Rule 2004 Examination of Renasant Bank in TN | $175.00 |
| 03/17/2023 | Payment of fee for service of subpoena for Rule 2004 Examination on Bank of America, N.A. | $75.00 |
| 03/20/2023 | Payment of fee for service of subpoena for Rule 2004 Examination of Union Savings Bank | $85.00 |
| 05/17/2023 | Payment of BOA fee for fulfilling subpoena request for documents | $75.40 |
| 09/19/2023 | Payment of service fee re subpoena on Truist Bank | $125.00 |
| 10/06/2023 | Payment of fee for service of Subpoena for Rule 2004 Exam on Tennetech LLC | $80.00 |
| 10/10/2023 | Payment of fee for service of Subpoena for Rule 2004 Exam on Peter Donshik | $81.62 |
| 05/22/2024 | Payment of court reporter / transcript fees for Daniel Donshik Rule 2004 Exam | $381.46 |
| | | **$1,078.48** |

|   |   |
|---|---:|
| Invoice Amount: | $15,703.48 |
| Other Outstanding Balances: | $0.00 |
| All Invoices Amount: | $15,703.48 |
| Amount Applied: | $0.00 |
| **Balance Due:** | **$15,703.48** |

**RAPIDPAY AMOUNT PERTAINS TO THIS INVOICE ONLY AND NOT NECESSARILY BALANCE DUE. CLIENT IS EXPCETED TO PAY TOWARDS OVERALL BALANCE DUE AND ENTER A PAYMENT AMOUNT ACCORDINGLY.**



**Scan and Pay Online**

Click below or scan the QR code with your phone or tablet and pay securely online via a payment method that suits you.



Pay Online

Alternatively you can enter the URL https://us.getfeewise.com/pay/9cd279f9-3827-4176-898f-3fb444cffbfb in your browser

