# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 5, 2024

In re:
    Rollcage Technology, Inc.
    Debtor*

Case Number: 22–20743
Chapter: 7

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014–1(n), a hearing will be held on **September 5, 2024** at **12:00 PM** at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** to consider and act upon the following matter(s):

    Final Application for Compensation for Jeffrey Hellman, Trustee's Attorney, Fee: $0.00, Expenses: $1078.48. Filed by Jeffrey Hellman, Attorney. (Re: ECF No. 93)

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **August 29, 2024** and the Movant(s) shall file any Reply on or before **September 3, 2024.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

Dated: August 5, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lbw