**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ROLLCAGE TECHNOLOGY, INC., | : | CASE NO.: 22-20743 (JJT) |
| Debtor. | : | RE: ECF No. 93 |

## ORDER ON FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES TO COUNSEL TO TRUSTEE

Upon the application of the Law Offices of Jeffrey Hellman, LLC, requesting payment of reimbursement of expenses, and after notice and a hearing held on September 5, 2024, it is hereby

**ORDERED** that the Law Offices of Jeffrey Hellman, LLC, attorney for the Trustee is allowed a total of $0.00 in fees and $1,078.48 for costs and disbursements for total compensation of $1,078.48. The Trustee is hereby directed to pay these fees to the Law Offices of Jeffrey Hellman, LLC upon entry of this order subject to adjustment and disgorgement if necessary.

Dated at Hartford, Connecticut this 6th day of September, 2024.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut