**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re: ROLLCAGE TECHNOLOGY, INC. § Case No. 22-20743
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/25/2022. The undersigned trustee was appointed on 10/25/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        36,505.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,571.10 |
| Bank service fees | 138.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 32,795.47 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/03/2023 and the deadline for filing governmental claims was 04/23/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,400.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,400.50, for a total compensation of $4,400.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $45.40 for total expenses of $45.40[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2024               By: /s/ Anthony S. Novak
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 22-20743
Case Name: ROLLCAGE TECHNOLOGY, INC.
For Period Ending: 10/16/2024

Trustee Name: (270060) Anthony S. Novak
Date Filed (f) or Converted (c): 10/25/2022 (f)
§ 341(a) Meeting Date: 11/21/2022
Claims Bar Date: 01/03/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Renasant Bank Checking (negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Office furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | Office equipment (computers etc) | 100,000.00 | 2,505.00 | | 2,505.00 | FA |
| 4 | 2011 Lincoln Navigator | 10,705.00 | 9,500.00 | | 9,500.00 | FA |
| 5 | 2016 Lincoln Navigator | 30,502.00 | 24,500.00 | | 24,500.00 | FA |
| 6 | Computers, servers, storage, routers,etc<br>located at Karen Donshik's residence | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Possible Preference/Fraudulent Conveyance (u)<br>Value for reporting purposes only as per Trustee Handbook | 0.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$151,207.00** | **$36,505.00** | | **$36,505.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Ready for TFR after special counsel fee app approved (granted 9/6/24)
02/20/24: Trustee and special counsel still investigating possible Sec. 548 claims
06/06/23: Efile Auctioneer Fee App
03/02/23: Efile Motion to Sell 2011 Lincoln and computer equipment
01/25/23: Efile App to Appt Hamilton Group as Auctioneer re: electronics equipment and 2011 Lincoln (granted 2/17/23)
12/20/22: Efile Application to Employ Jeffrey Hellman re: preference/fraudulent transfers (granted 2/6/23)
12/20/22: Efile 9019 to sell 2016 Lincoln to Sarasota Ford for $24,500 (granted 2/6/23) (received $24,500 2/14/23)

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):** 09/11/2024 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | | |
|---|---|---|
| Case No.: | 22-20743 | |
| Case Name: | ROLLCAGE TECHNOLOGY, INC. | |
| Taxpayer ID #: | **-***6313 | |
| For Period Ending: | 10/16/2024 | |

| | |
|---|---|
| Trustee Name: | Anthony S. Novak (270060) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9770 Checking Account |
| Blanket Bond (per case limit): | $27,696,724.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/23 | {5} | SARASOTA FORD | Sale of 2016 Lincoln per Order granting compromise 2/6/23 | 1129-000 | 24,500.00 | | 24,500.00 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.32 | 24,481.68 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 40.54 | 24,441.14 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 36.55 | 24,404.59 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 43.02 | 24,361.57 |
| 06/12/23 | | HAMILTON GROUP LLC | 2011 Lincoln Navigator and Electronic Equipment | | 12,005.00 | | 36,366.57 |
| | {4} | | 2011 Lincoln Navigator $9,500.00 | 1129-000 | | | |
| | {3} | | Electronic equipment (computers etc) $2,505.00 | 1129-000 | | | |
| 07/17/23 | 101 | THE HAMILTON GROUP, LLC | Per court order allowing fees/expenses dated 7/6/23 | | | 2,470.26 | 33,896.31 |
| | | The Hamilton Group, LLC | $1,200.50 | 3610-000 | | | |
| | | The Hamilton Group, LLC | $1,269.76 | 3992-000 | | | |
| 12/05/23 | 102 | Anthony S. Novak, Esq. | Bond #612419163 | 2300-000 | | 22.36 | 33,873.95 |
| 09/18/24 | 103 | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per Court Order Allowing Reimbursement of Expenses (Doc ID #99) | 3220-000 | | 1,078.48 | 32,795.47 |
| | | **COLUMN TOTALS** | | | 36,505.00 | 3,709.53 | $32,795.47 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 36,505.00 | 3,709.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $36,505.00 | $3,709.53 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** | 22-20743 |
| **Case Name:** | ROLLCAGE TECHNOLOGY, INC. |
| **Taxpayer ID #:** | **-***6313 |
| **For Period Ending:** | 10/16/2024 |

| | |
|---|---|
| **Trustee Name:** | Anthony S. Novak (270060) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9770 Checking Account |
| **Blanket Bond (per case limit):** | $27,696,724.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $36,505.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $36,505.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9770 Checking Account | $36,505.00 | $3,709.53 | $32,795.47 |
| | **$36,505.00** | **$3,709.53** | **$32,795.47** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 22-20743 ROLLCAGE TECHNOLOGY, INC.

Claims Bar Date: 01/03/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Citizens Bank N.A.<br>One Citizens Bank Way<br>Mailstop: JCA115<br>Johnston, RI 02919<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>11/04/22 | | $7,104.82<br>$0.00 | $0.00 | $0.00 |
| | Secured on vehicle. Trustee does not pay | | | | | |
| 3S | Internal Revenue Service<br>Attn: General Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>11/08/22 | | $131,669.96<br>$0.00 | $0.00 | $0.00 |
| | Trustee does not pay secured claims | | | | | |
| 5 | LG Funding LLC<br>c/o Gene Rosen's Law Firm<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>11/28/22 | | $35,868.90<br>$0.00 | $0.00 | $0.00 |
| | UCC on future receivables. Trustee does not pay secured claims. | | | | | |
| AUCEXP | The Hamilton Group, LLC<br>Attn: Michael Knudsen<br>36 Killingworth Tpke.<br>Clinton, CT 06413<br><3992-000 Other Professional's Expenses><br>, 200 | Administrative<br>10/25/22 | | $1,269.76<br>$1,269.76 | $1,269.76 | $0.00 |
| | MEMO: Per court order allowing expenses dated 7/6/23 | | | | | |
| AUCFEE | The Hamilton Group, LLC<br>Attn: Michael Knudsen<br>36 Killingworth Tpke.<br>Clinton, CT 06413<br><3610-000 Auctioneer for Trustee Fees><br>, 200 | Administrative<br>10/25/22 | | $1,200.50<br>$1,200.50 | $1,200.50 | $0.00 |
| | MEMO: Per court order allowing commission dated 7/6/23 | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 22-20743 ROLLCAGE TECHNOLOGY, INC.

Claims Bar Date: 01/03/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | ANTHONY S. NOVAK-Chapter 7 Trustee<br>280 ADAMS STREET<br>MANCHESTER, CT 06042-1975<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/25/22 | | $4,400.50<br>$4,400.50 | $0.00 | $4,400.50 |
| SPECEXP | LAW OFFICES OF JEFFREY HELLMAN, LLC<br>195 CHURCH STREET, 10th FL<br>NEW HAVEN, CT 06510<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>OK per court order dated 9/6/24 | Administrative<br>08/05/24 | | $1,078.48<br>$1,078.48 | $1,078.48 | $0.00 |
| TE | ANTHONY S. NOVAK-Chapter 7 Trustee<br>280 ADAMS STREET<br>MANCHESTER, CT 06042-1975<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>10/25/22 | | $45.40<br>$45.40 | $0.00 | $45.40 |
| 3P | Internal Revenue Service<br>Attn: General Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>OK pursuant to tax verification letter dated 9/11/24 | Priority<br>11/08/22 | | $394,156.03<br>$394,156.03 | $0.00 | $394,156.03 |
| 1 | Wells Fargo Bank, N.A.<br>PO Box 51174<br>Los Angeles, CA 90051<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#2296<br>OK | Unsecured<br>11/01/22 | | $41,672.04<br>$41,672.04 | $0.00 | $41,672.04 |
| 3U | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>MEMO: OK pursuant to tax verification letter dated 9/11/24 | Unsecured<br>11/08/22 | | $148,501.21<br>$148,501.21 | $0.00 | $148,501.21 |

# Exhibit C

## Analysis of Claims Register

**Case: 22-20743 ROLLCAGE TECHNOLOGY, INC.**

Claims Bar Date: 01/03/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | JPMorgan Chase Bank, N.A. PO Box 15368 Wilmington, DE 19850 <7100-000 General Unsecured - § 726(a)(2)> , 610 #0401 OK | Unsecured 11/17/22 | | $8,747.02 $8,747.02 | $0.00 | $8,747.02 |
| 6 | Dana Martin 446 Main Street - 16th Floor Worcester, MA 01608 <7100-000 General Unsecured - § 726(a)(2)> , 610 OK | Unsecured 12/20/22 | | $206,276.41 $206,276.41 | $0.00 | $206,276.41 |
| 7-2 | Oracle America, Inc. c/o Shawn M. Christianson, Esq. Buchalter PC,425 Market St., Suite 2900 San Francisco, CA 94105 <7100-000 General Unsecured - § 726(a)(2)> , 610 Cloud Service Agmt. OK | Unsecured 12/21/22 | | $379,983.96 $379,983.96 | $0.00 | $379,983.96 |
| 8 | Forward Financing LLC Attn: Brian LeBlanc 53 State St 20th Floor Boston, MA 02109 <7100-000 General Unsecured - § 726(a)(2)> , 610 OK | Unsecured 12/27/22 | | $5,339.03 $5,339.03 | $0.00 | $5,339.03 |
| 9 | Frontier Communications Attn: Bankruptcy Dept 19 John Street Middletown, NY 10940 <7100-000 General Unsecured - § 726(a)(2)> , 610 #0762 ok | Unsecured 12/30/22 | | $15,236.66 $15,236.66 | $0.00 | $15,236.66 |
| 10 | Peter C Donshik 7320 Riviera Cove Bradenton, FL 34202 <7100-000 General Unsecured - § 726(a)(2)> , 610 OK | Unsecured 01/03/23 | | $51,000.00 $51,000.00 | $0.00 | $51,000.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 22-20743 ROLLCAGE TECHNOLOGY, INC.

Claims Bar Date: 01/03/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | U.S. Bank NA dba Elan Financial Services<br>4801 Frederica Street<br>Owensboro, KY 42301<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#4041<br>OK | Unsecured<br>01/03/23 | | $29,207.42<br>$29,207.42 | $0.00 | $29,207.42 |
| 12 | Karen Donshik<br>c/o Charles D. Houlihan, Jr.<br>PO Box 582<br>Simsbury, CT 06070<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>OK | Unsecured<br>01/03/23 | | $295,383.00<br>$295,383.00 | $0.00 | $295,383.00 |
| 13 | Andrew Ryan Robbins<br>2355 Lancashire Drive, Apt. 2A<br>Ann Arbor, MI 48105<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>OK | Unsecured<br>01/03/23 | | $33,419.00<br>$33,419.00 | $0.00 | $33,419.00 |
| | | | Case Total: | | $3,548.74 | $1,613,367.68 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-20743
Case Name:  ROLLCAGE TECHNOLOGY, INC.
Trustee Name: Anthony S. Novak

**Balance on hand:**  $             32,795.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Citizens Bank N.A. | 7,104.82 | 0.00 | 0.00 | 0.00 |
| 3S | Internal Revenue Service | 131,669.96 | 0.00 | 0.00 | 0.00 |
| 5 | LG Funding LLC | 35,868.90 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $             0.00
Remaining balance:   $        32,795.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ANTHONY S. NOVAK-Chapter 7 Trustee | 4,400.50 | 0.00 | 4,400.50 |
| Trustee, Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 45.40 | 0.00 | 45.40 |
| Auctioneer Fees - The Hamilton Group, LLC | 1,200.50 | 1,200.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - LAW OFFICES OF JEFFREY HELLMAN, LLC | 1,078.48 | 1,078.48 | 0.00 |
| Other Professional's Expenses - The Hamilton Group, LLC | 1,269.76 | 1,269.76 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $         4,445.90
Remaining balance:   $        28,349.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $             0.00
Remaining balance:   $        28,349.57

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $394,156.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 394,156.03 | 0.00 | 28,349.57 |

|  | Total to be paid for priority claims: | $ | 28,349.57 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,214,765.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 41,672.04 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 148,501.21 | 0.00 | 0.00 |
| 4 | JPMorgan Chase Bank, N.A. | 8,747.02 | 0.00 | 0.00 |
| 6 | Dana Martin | 206,276.41 | 0.00 | 0.00 |
| 7-2 | Oracle America, Inc. | 379,983.96 | 0.00 | 0.00 |
| 8 | Forward Financing LLC | 5,339.03 | 0.00 | 0.00 |
| 9 | Frontier Communications | 15,236.66 | 0.00 | 0.00 |
| 10 | Peter C Donshik | 51,000.00 | 0.00 | 0.00 |
| 11 | U.S. Bank NA dba Elan Financial Services | 29,207.42 | 0.00 | 0.00 |
| 12 | Karen Donshik | 295,383.00 | 0.00 | 0.00 |
| 13 | Andrew Ryan Robbins | 33,419.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

UST Form 101-7-TFR(5/1/2011)

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**