**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re:

**ROLLCAGE TECHNOLOGY, INC.**     Case No. 22-20743
                                  Chapter 7

Debtor.

___

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO THE HONORABLE JAMES J. TANCREDI, U.S. BANKRUPTCY JUDGE:

ANTHONY S. NOVAK-Chapter 7 Trustee, Trustee herein, pursuant to 11 U.S.C. §330, requests $4,400.50 as compensation and $45.40 for reimbursement of expenses, $0.00 amount of which has been previously paid. In a case filed after October 22, 1994, I have provided, as annexed hereto, trustee time records.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the debtor, but including holders of secured claims are $36,505.00. Pursuant to 11 U.S.C. §326, compensation should be computed in the following manner:

Trustee Compensation for cases filed on or after October 22, 1994

| | | |
|---|---|---:|
| 25% of first $5,000.00 ($1,250.00 max.) | $ | 1,250.00 |
| 10% on next $45,000.00 ($4,500.00 max.) | $ | 3,150.50 |
| 5% on next $950,000.00 ($47,500.00 max.) | $ | 0.00 |
| 3% of balance | $ | 0.00 |
| TOTAL COMPENSATION | $ | 4,400.50 |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---:|
| COPIES | $ | 41.80 |
| POSTAGE | $ | 3.60 |
| TOTAL EXPENSES | $ | 45.40 |

Pursuant to FRBP 2016, the undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 11th day of September, 2024.

*/s/ Anthony S. Novak*
Anthony S. Novak- Chapter 7 Trustee
280 ADAMS STREET
MANCHESTER, CT 06042

**ANTHONY S. NOVAK, TRUSTEE**
280 ADAMS STREET
Manchester, CT 06042-1975

---

September 11, 2024

Invoice submitted to:

ROLLCAGE TECHNOLOGIES- Trustee

Invoice #:   13260

Professional Services

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2022 | ASN | Review petition and schedules filed in case (.2); email to debtor's counsel re: additional info requested (.2); returned telephone call to debtor's counsel (.1) | 0.50<br>425.00/hr | 212.50 |
| 10/26/2022 | ASN | Review email from Andrew Robbins (.2); review State Court divorce docket sheet in Donshik v. Donshik (.2); call to debtor's counsel Ron Chorches (.1); email to plaintiff's attorney in divorce matter (.2) | 0.60<br>425.00/hr | 255.00 |
|  | ASN | Conference call with Atty. Chorches re: debtor's claimed facts of case. | 0.80<br>425.00/hr | 340.00 |
|  | MH | Email debtor's counsel requesting documents for 341 meeting. | 0.10<br>125.00/hr | 12.50 |
| 11/2/2022 | ASN | Review additional emails and documents provided by Karen Robbins, review bank statements. | 0.50<br>425.00/hr | 212.50 |
| 11/9/2022 | ASN | Review emails from Kara Robbins (.1); review email from Atty. Doster (.1); call to Atty. Bonnano (.1) | 0.30<br>425.00/hr | 127.50 |
| 11/15/2022 | ASN | Conference call with Karen Donsik and her divorce attorney to review claims of missing assets. | 1.00<br>425.00/hr | 425.00 |
| 11/16/2022 | ASN | Telephone call from Scott Farmelant re: forensic review of Rollcage accounts. | 0.20<br>425.00/hr | 85.00 |
| 11/17/2022 | ASN | Review email from Atty. Duster (.1); review email and numerous documents sent by Mr. Farmelant re: possible transfers. | 2.00<br>425.00/hr | 850.00 |
| 11/21/2022 | ASN | Prepare for and conduct 341 meeting. | 0.70<br>425.00/hr | 297.50 |

---

860-432-7710

ROLLCAGE TECHNOLOGIES- Trustee                                                                    Page    2

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/19/2022 | ASN | Review documents sent by Andrew re: possible monies diverted from Rollcage to third parties. | 0.50 425.00/hr | 212.50 |
|  | ASN | Conference call with creditor's counsel Charles Houlihan re: possible transfer of assets (.5); review divorce transcript of Pro Ampac (.5) | 1.00 425.00/hr | 425.00 |
| 12/20/2022 | ASN | Draft Application to Appoint Hellman re: preference/fraudulent transfer. | 0.80 425.00/hr | 340.00 |
|  | ASN | Conference call with Atty. Jeff Hellman re: possible 547 and 548 claims (.5); prepare Trustee's Application to Epploy Special Counsel to investigate and pursue 547 and 548 claims on behalf of estate (.8) | 1.30 425.00/hr | 552.50 |
|  | ASN | Prepare and file Trustee's Motion to Compromise Claim and Sale re: 2016 Lincoln Navigator. | 1.00 425.00/hr | 425.00 |
| 12/28/2022 | ASN | Telephone call with Scott Pharalet re: possible issues with 2019 bank accounts of debtor. | 0.30 425.00/hr | 127.50 |
| 1/4/2023 | ASN | Meeting with auctioneer at Windsor warehouse storage facility to review equipment and furniture of debtor in storage. | 1.50 425.00/hr | 637.50 |
| 1/9/2023 | ASN | Call from Dana Martin's attorney Patrick Jennings re: former employee's claim. | 0.40 425.00/hr | 170.00 |
| 1/10/2023 | ASN | Review email and proof of claim filed by Atty. Jennings on behalf of Ms. Martin (.2); review MA proceedings giving rise to claim (.8) | 1.00 425.00/hr | 425.00 |
| 1/11/2023 | MH | Second request to Atty. Houlihan re: 2011 Lincoln. | 0.10 125.00/hr | 12.50 |
| 1/12/2023 | ASN | Review additional documents sent by Atty. Houlihan re: possible diversion of assets, forward to special counsel. | 0.50 425.00/hr | 212.50 |
| 1/17/2023 | ASN | Review email from auctioneer re: FMV of electronics in storage; call to auctioneer Mike Knudsen re: same. | 0.20 425.00/hr | 85.00 |
| 1/23/2023 | ASN | Review email from Scott Farmelot; review transcripts, emails and numerous documents attached thereto, forward all to Atty. Hellman. | 1.00 425.00/hr | 425.00 |
| 1/24/2023 | ASN | Prepare Application to Employ Hamilton Group as Auctioneer re: office equipment, electronics and 2011 Lincoln; forward to Mike Knudsen | 1.00 425.00/hr | 425.00 |
| 1/26/2023 | ASN | Review and send numerous emails re: whereabouts and turnover of Lincoln motor vehicle to estate (.6); review additional documents sent by Atty. Shawna Doster (1.0) | 1.60 425.00/hr | 680.00 |
| 1/30/2023 | ASN | Return call to Atty. Pat Jennings, attorney for creditor Dana Martin; email to special counsel re: same; review email from Dan Donshik re: contact person for Florida vehicle; call to dealership re: same; email to Mr. Donshik re: remaining office equipment. | 1.00 425.00/hr | 425.00 |

ROLLCAGE TECHNOLOGIES- Trustee                                                                                    Page    3

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2023 | ASN | Prepare for and attendance at court on trustee's application to appoint special counsel and motion to sell Lincoln to Sarasota Ford. | 2.00 425.00/hr | 850.00 |
| 2/6/2023 | MH | Mail original Auctioneer Bond to Atty. McCabe at UST with correspondence. | 0.20 125.00/hr | 25.00 |
| 2/7/2023 | MH | Emails to and from Dan Donshik re: Sarasota Ford; review emails with trustee. | 0.30 125.00/hr | 37.50 |
| 2/16/2023 | ASN | Prepare for and attendance at court on application to appoint auctioneer. | 1.00 425.00/hr | 425.00 |
| 2/21/2023 | ASN | Review court order appointing auctioneer (.1); call with auctioneer re: same (.2); call with Don Donshik (.2). | 0.50 425.00/hr | 212.50 |
| 2/22/2023 | MH | Discussion with Trustee re: public auction; email Courtroom Deputy requesting hearing date and objection deadline re: same. | 0.30 125.00/hr | 37.50 |
| 2/27/2023 | ASN | Review motions for 2004 exams of Union Savings Bank, Bank of America and Renasant Bank filed by special counsel. | 0.20 425.00/hr | 85.00 |
| 3/2/2023 | ASN | Review court order on appointment of auctioneer and prepare affidavit of Mr. Donshik; prepare and file motion to allow sale of electronic equipment and vehicle. | 1.50 425.00/hr | 637.50 |
| 3/6/2023 | ASN | Review email from Karen Robbins re: notice issues and priority claim issues and respond. | 0.20 425.00/hr | 85.00 |
|  | ASN | Prepare Trustee's Report of Sale re: Lincoln vehicle and file with court. | 0.20 425.00/hr | 85.00 |
| 3/13/2023 | ASN | Review email letter from special counsel re: subpoena issued to Renasant Bank. | 0.10 425.00/hr | 42.50 |
| 3/21/2023 | ASN | Review email from UST and respond. | 0.20 425.00/hr | 85.00 |
| 4/26/2023 | ASN | Review Stipulated Protective Order re: discovery of documents from Ryan Meyer; call with special counsel re: same. | 0.20 425.00/hr | 85.00 |
| 5/1/2023 | MH | Email from auctioneer re: link for auction. | 0.10 125.00/hr | 12.50 |
| 5/11/2023 | ASN | Review auctioneer's bidding procedures for internet bidding and descriptions re: same. | 0.50 425.00/hr | 212.50 |
| 5/16/2023 | MH | Draft Application to Pay Auctioneer for trustee review. | 0.70 125.00/hr | 87.50 |
| 6/5/2023 | ASN | Review email from auctioneer re: auction sale (.1); prepare application to court to pay auctioneer fees and expenses (.6). | 0.70 425.00/hr | 297.50 |

ROLLCAGE TECHNOLOGIES- Trustee　　　　　　　　　　　　　　　　　　　　　　　　　　　Page    4

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2023 | MH | Import claims and print for trustee review. | 1.00<br>125.00/hr | 125.00 |
| 6/14/2023 | ASN | Review claims and backup information. | 0.50<br>425.00/hr | 212.50 |
| 6/15/2023 | MH | Email tax verification letter to IRS re Claim #3. | 0.20<br>125.00/hr | 25.00 |
| 6/19/2023 | ASN | Review email from Karen Robbins and respond (.1); call with special counsel re: Robbins email (.1). | 0.20<br>425.00/hr | 85.00 |
| 6/28/2023 | ASN | Review email from Karen Robbins re: Tennetech and respond. | 0.20<br>425.00/hr | 85.00 |
| 7/6/2023 | ASN | Prepare for and attendance at court on application for compensation of auctioneer. | 0.80<br>425.00/hr | 340.00 |
| 7/18/2023 | ASN | Review email from Karen Robbins and attached depo transcript of Michael White. | 0.40<br>425.00/hr | 170.00 |
| 8/15/2023 | ASN | Review Motion for 2004 Exam of Truist Bank. | 0.10<br>425.00/hr | 42.50 |
| 9/19/2023 | ASN | Review UST letter re: status (.1); review letter from special counsel re: status of investigation (.1) | 0.20<br>425.00/hr | 85.00 |
|  | ASN | Review email from Karen Robbins with attachments. | 0.50<br>425.00/hr | 212.50 |
| 9/21/2023 | ASN | Review 2004 exam motions for Tennetech, LLC and Peter Donshik; call to special counsel re: same. | 0.30<br>425.00/hr | 127.50 |
| 10/2/2023 | ASN | Review emails from Andrew Robbins and Karen Robbins. | 0.20<br>425.00/hr | 85.00 |
| 10/16/2023 | ASN | Review emails from Karen Robbins re: PPP loan deposits and Strattirus, Inc. (.2); call with Atty.Hellman re: same (.2) | 0.40<br>425.00/hr | 170.00 |
| 11/21/2023 | ASN | Review emails and bank statements sent by Karen Robbins and respond. | 0.40<br>425.00/hr | 170.00 |
| 1/9/2024 | ASN | Review status report email from special counsel. | 0.10<br>425.00/hr | 42.50 |
| 2/20/2024 | ASN | Review email from Karen Robbins and scan transcript of Ryan Meyer's testimony. | 0.20<br>425.00/hr | 85.00 |
| 4/2/2024 | ASN | Review email from Andrew re: talking points for upcoming 2004 exam of Mr. Donshik. | 0.20<br>425.00/hr | 85.00 |

ROLLCAGE TECHNOLOGIES- Trustee                                                                                           Page    5

| Date | Atty | Service | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2024 | MH | Email IRS for updated tax verification letter. | 0.10<br>125.00/hr | 12.50 |
| 9/11/2024 | MH | Draft NFR and TFR for trustee review. | 1.00<br>125.00/hr | 125.00 |
|  | ASN | Review draft of Final Report, NFR and fee application; review file and bank statements. | 0.70<br>425.00/hr | 297.50 |
| 10/31/2024 | ASN | Prepare for and attendance at TFR hearing (est.) | 1.00<br>425.00/hr | 425.00 |
|  |  | For professional services rendered | 37.50 | $14,707.50 |

Additional Charges :

| Date | Service | Amount |
|---|---|---|
| 10/25/2022 | Copying cost (schedules) | 7.60 |
| 12/20/2022 | Postage (mail 9019 to Sarasota Ford and debtor's principal) | 1.14 |
| 2/6/2023 | Postage (mail bond to UST) | 0.60 |
| 3/2/2023 | Postage (mail 9019 re 2011 Lincoln and electronic equipment to debtor principal) | 0.60 |
| 6/6/2023 | Copying cost (claims) | 34.20 |
| 7/17/2023 | Postage (mail fee checks to auctioneer) | 0.63 |
| 9/23/2024 | Postage (mail compensation check to special counsel) est. | 0.73 |
| 10/30/2024 | Postage(mail distribution check to IRS) (est) | 0.73 |

Total additional charges                                                                                                           $46.23

Total amount of this bill                                                                                                       $14,753.73

BALANCE DUE                                                                                                                   $14,753.73