**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re:

**ROLLCAGE TECHNOLOGY, INC.**           Case No. 22-20743
                                                                  Chapter 7

                                       **Debtor(s).**

**ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE**

The Trustee's Final Report and Application for Compensation, ECF No. ___, after notice and a hearing, upon a statement by the Office of the U.S. Trustee and in the absence of any objections; it is hereby

ORDERED that the Trustee's compensation in the amount of $4,400.50 and reimbursement of expenses in the amount of $45.40 be allowed, with payment to be made at the time of the distribution to creditors, if any.