# Notice Recipients

District/Off: 0205–2          User: admin                    Date Created: 10/16/2024
Case: 22–20743               Form ID: pdfdoc1               Total: 42

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Anthony S. Novak | AnthonySNovak@aol.com |
| cr | Karen Donshik | karenrobbinselise@gmail.com |
| aty | Anthony S. Novak | AnthonySNovak@aol.com |
| aty | Charles D. Houlihan, Jr. | charles@houlihan.law |
| aty | Christopher G. Winans | chris@cgwinansesq.com |
| aty | Jeffrey Hellman | jeff@jeffhellmanlaw.com |
| aty | Ronald Ian Chorches | ronchorcheslaw@sbcglobal.net |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Rollcage Technology, Inc. | 7415 Riviera Cove      Lakewood Ranch, FL 34202 |
| cr | Andrew Ryan Robbins | 2355 Lancashire Drive, Apt. 2A      Ann Arbor, MI 48105 |
| auc | The Hamilton Group, LLC | 36 Killingworth Turnpike      Clinton, CT 06413 |
| intp | Union Savings Bank | c/o Christopher G. Winans, Esq.      98 Mill Plain Road      Suite 2A      Danbury, CT 06811 |
| 9384004 | Advanta      Attn: Managing Memeer      PO Box 9217      Old Bethpage, NY 11804 | |
| 9395901 | Andrew Ryan Donshik      2355 Lancashire Drive, Apt. 2A      Ann Arbor, MI 48105 | |
| 9395902 | Andrew Ryan Robbins      2355 Lancashire Drive, Apt. 2A      Ann Arbor Michigan 48105 | |
| 9384005 | Anthem BCBS      Attn: President      PO Box 1049      North Haven, CT 06473 | |
| 9384006 | Bank of the West      Attn: President      475 Sansome St, 19th Fl      NC–TRI–19–A      San Francisco, CA 94111 | |
| 9384007 | Citi Cards      Attn: President      PO Box 6241      Sioux Falls, SD 57117 | |
| 9386266 | Citizens Bank N.A.      One Citizens Bank Way      Mailstop: JCA115      Johnston, RI 02919 | |
| 9384008 | Corporation Service Co      Attn: Managing Member      PO Box 2576      Springfield, IL 62708 | |
| 9384009 | Corporation Service Co.      Attn: Managing Member      PO Box 2576      Springfield, IL 62708 | |
| 9384010 | Dana Martin      Duddy Goodwin & Pollard      Attn: Jamie Goodwin, Esq.      446 Main Street, 16th Floor      Worcester, MA 01608 | |
| 9384011 | Daniel Donshik      7415 Riviera Cove      Lakewood Ranch, FL 34202 | |
| 9384012 | De Lage Landen Financial Svcs      Attn: Managing Member      1111 Old Eagle School Rd      Wayne, PA 19087 | |
| 9384013 | Dell Financial Services      Attn: President      1 Dell Way      Mail Stop PS2DF–23      Round Rock, TX 78682 | |
| 9384014 | Dell Financial Services, LLC      Attn: President      1 Dell Way      Round Rock, TX 78682 | |
| 9384015 | First Collection Services      Attn: Managing Member      10925 Otter Creek E Blvd      Mabelvale, AR 72103–1661 | |
| 9384016 | Forward Financing LLC      Attn: Brian LeBlanc      53 State St 20th Floor      Boston, MA 02109 | |
| 9384017 | Frontier Communications      Attn: Bankruptcy Dept      19 John Street      Middletown, NY 10940 | |
| 9384018 | IFund Co, LLC      Attn: Managing Member      57 W 38th St      New York, NY 10018 | |
| 9384019 | Internal Revenue Service      Attn: General Agent      PO Box 7346      Philadelphia, PA 19101–7346 | |
| 9388492 | JPMorgan Chase Bank, N.A.      s/b/m/t Chase Bank USA, N.A.      c/o National Bankruptcy Services, LLC      P.O. Box 9013      Addison, Texas 75001 | |
| 9395900 | Karen Donshik      c/o Charles D. Houlihan, Jr.      PO Box 582      Simsbury, CT 06070 | |
| 9384022 | LG Funding LLC      c/o Gene Rosen's Law Firm      200 Garden City Plaza, Suite 405      Garden City, NY 11530 | |
| 9384023 | Oracle      Attn: Alice Miller, Esq.      Corporate Counsel      500 Oracle Pkwy      Redwood City, CA 94065 | |
| 9394081 | Oracle America, Inc.      c/o Shawn M. Christianson, Esq.      Buchalter PC      425 Market St., Suite 2900      San Francisco, CA 94105 | |
| 9384024 | Peter C Donshik      7320 Riviera Cove      Bradenton, FL 34202 | |
| 9384025 | Port Authority NY/NJ      Attn: General Agent      PO Box 15183      Albany, NY 12212–5183 | |
| 9384026 | Reid Wolf      125 Forest Lakes Blvd      Naples, FL 34105 | |
| 9384027 | State of Connecticut      Department of Revenue Services      Attn: General Agent      450 Columbus Blvd      Hartford, CT 06103 | |
| 9395849 | U.S. Bank NA dba Elan Financial Services      Bankruptcy Department      PO Box 108      Saint Louis MO 63166–0108 | |
| 9385635 | Wells Fargo Bank, N.A.      Small Business Lending Division      P.O. Box 29482 MAC S4101–08C      Phoenix, AZ 85038 | |
| 9384030 | Williamson County, TN      Attn: Assessor of Property      1320 W Main St, Ste 300      Franklin, TN 37064–3736 | |

TOTAL: 35