**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | CaseNo. 22-20743 |
| **ROLLCAGE TECHNOLOGY, INC.** | Chapter 7 |
| Debtor(s). | RE: ECF No. 101 |

**ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE**

The Trustee's Final Report and Application for Compensation, ECF No. 101, after notice and a hearing held on December 5, 2024, upon a statement by the Office of the U.S. Trustee and in the absence of any objections; it is hereby

ORDERED that the Trustee's compensation in the amount of $4,400.50 and reimbursement of expenses in the amount of $45.40 be allowed, with payment to be made at the time of the distribution to creditors, if any.

Dated at Hartford, Connecticut this 6th day of December, 2024.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut