United States Bankruptcy Court
District of Connecticut

In re:  
Rollcage Technology, Inc.  
    Debtor

Case No. 22-20743-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 06, 2024      Form ID: pdfdoc1      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rollcage Technology, Inc., 7415 Riviera Cove, Lakewood Ranch, FL 34202-5045 |
| cr | + | Andrew Ryan Robbins, 2355 Lancashire Drive, Apt. 2A, Ann Arbor, MI 48105-1329 |
| auc | + | The Hamilton Group, LLC, 36 Killingworth Turnpike, Clinton, CT 06413-1387 |
| intp | + | Union Savings Bank, c/o Christopher G. Winans, Esq., 98 Mill Plain Road, Suite 2A, Danbury, CT 06811-6101 |
| 9395901 | + | Andrew Ryan Donshik, 2355 Lancashire Drive, Apt. 2A, Ann Arbor, MI 48105-1329 |
| 9395902 | + | Andrew Ryan Robbins, 2355 Lancashire Drive, Apt. 2A, Ann Arbor Michigan 48105-1329 |
| 9384005 | + | Anthem BCBS, Attn: President, PO Box 1049, North Haven, CT 06473-5149 |
| 9384010 | + | Dana Martin, Duddy Goodwin & Pollard, Attn: Jamie Goodwin, Esq., 446 Main Street, 16th Floor, Worcester, MA 01608-2361 |
| 9384011 | + | Daniel Donshik, 7415 Riviera Cove, Lakewood Ranch, FL 34202-5045 |
| 9384018 | + | IFund Co, LLC, Attn: Managing Member, 57 W 38th St, New York, NY 10018-5500 |
| 9395900 | + | Karen Donshik, c/o Charles D. Houlihan, Jr., PO Box 582, Simsbury, CT 06070-0582 |
| 9384022 | + | LG Funding LLC, c/o Gene Rosen's Law Firm, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 9384023 | + | Oracle, Attn: Alice Miller, Esq., Corporate Counsel, 500 Oracle Pkwy, Redwood City, CA 94065-1677 |
| 9384024 | + | Peter C Donshik, 7320 Riviera Cove, Bradenton, FL 34202-5042 |
| 9384026 | + | Reid Wolf, 125 Forest Lakes Blvd, Naples, FL 34105-5501 |
| 9384030 | | Williamson County, TN, Attn: Assessor of Property, 1320 W Main St, Ste 300, Franklin, TN 37064-3736 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9384004 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 06 2024 18:28:09 | Advanta, Attn: Managing Memeer, PO Box 9217, Old Bethpage, NY 11804-9017 |
| 9384006 | + | Email/Text: bankruptcy@bmo.com | Dec 06 2024 18:25:00 | Bank of the West, Attn: President, 475 Sansome St, 19th Fl, NC-TRI-19-A, San Francisco, CA 94111-3172 |
| 9386266 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 06 2024 18:24:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 9384027 | | Email/Text: DRS.Bankruptcy@ct.gov | Dec 06 2024 18:24:00 | State of Connecticut, Department of Revenue Services, Attn: General Agent, 450 Columbus Blvd, Hartford, CT 06103 |
| 9384007 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2024 18:28:21 | Citi Cards, Attn: President, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 9384008 | + | Email/Text: Bankruptcynotice@cscglobal.com | Dec 06 2024 18:25:00 | Corporation Service Co, Attn: Managing Member, PO Box 2576, Springfield, IL 62708-2576 |
| 9384013 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 06 2024 18:28:06 | Dell Financial Services, Attn: President, 1 Dell Way, Mail Stop PS2DF-23, Round Rock, TX 78682 |
| 9384014 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 06 2024 18:28:17 | Dell Financial Services, LLC, Attn: President, 1 Dell Way, Round Rock, TX 78682 |
| 9384012 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Dec 06 2024 18:24:00 | De Lage Landen Financial Svcs, Attn: Managing |

Case 22-20743    Doc 107    Filed 12/08/24    Entered 12/09/24 00:17:23    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 06, 2024 | Form ID: pdfdoc1 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Member, 1111 Old Eagle School Rd, Wayne, PA 19087-1453 |
| 9384017 | | Email/Text: bankruptcynotification@ftr.com | Dec 06 2024 18:25:00 | Frontier Communications, Attn: Bankruptcy Dept, 19 John Street, Middletown, NY 10940 |
| 9384015 | | Email/Text: Bankruptcy@FCScollects.com | Dec 06 2024 18:25:00 | First Collection Services, Attn: Managing Member, 10925 Otter Creek E Blvd, Mabelvale, AR 72103-1661 |
| 9384016 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Dec 06 2024 18:24:00 | Forward Financing LLC, Attn: Brian LeBlanc, 53 State St 20th Floor, Boston, MA 02109-2820 |
| 9384019 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2024 18:25:00 | Internal Revenue Service, Attn: General Agent, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9388492 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 06 2024 18:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 9394081 | + | Email/Text: schristianson@buchalter.com | Dec 06 2024 18:24:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 9384025 | ^ | MEBN | Dec 06 2024 18:21:06 | Port Authority NY/NJ, Attn: General Agent, PO Box 15183, Albany, NY 12212-5183 |
| 9395849 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 06 2024 18:25:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 9385635 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 18:28:05 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9384009 | *+ | Corporation Service Co., Attn: Managing Member, PO Box 2576, Springfield, IL 62708-2576 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony S. Novak | on behalf of Auctioneer The Hamilton Group  LLC AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com |

| District/off: 0205-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: pdfdoc1 | Total Noticed: 34 |

Anthony S. Novak
    AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com

Anthony S. Novak
    on behalf of Trustee Anthony S. Novak AnthonySNovak@aol.com ct07@ecfcbis.com;novaklawofficepc@gmail.com

Charles D. Houlihan, Jr.
    on behalf of Creditor Andrew Ryan Robbins charles@houlihan.law

Charles D. Houlihan, Jr.
    on behalf of Creditor Karen Donshik charles@houlihan.law

Christopher G. Winans
    on behalf of Interested Party Union Savings Bank chris@cgwinansesq.com

Jeffrey Hellman
    on behalf of Trustee Anthony S. Novak jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com

Karen Donshik
    karenrobbinselise@gmail.com

Ronald Ian Chorches
    on behalf of Debtor Rollcage Technology Inc. ronchorcheslaw@sbcglobal.net

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re:** | **CaseNo. 22-20743** |
| **ROLLCAGE TECHNOLOGY, INC.** | **Chapter 7** |
| **Debtor(s).** | **RE: ECF No. 101** |

### ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE

The Trustee's Final Report and Application for Compensation, ECF No. 101, after notice and a hearing held on December 5, 2024, upon a statement by the Office of the U.S. Trustee and in the absence of any objections; it is hereby

ORDERED that the Trustee's compensation in the amount of $4,400.50 and reimbursement of expenses in the amount of $45.40 be allowed, with payment to be made at the time of the distribution to creditors, if any.

Dated at Hartford, Connecticut this 6th day of December, 2024.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut