ct 203

04/2022

# United States Bankruptcy Court
# District of Connecticut



In re:

    Rollcage Technology, Inc.

    Debtor*

Case Number: 22-20743

Chapter: 7

## NOTICE OF DEADLINE TO OBJECT
## TO THE TRUSTEE'S FINAL REPORT AND FINAL ACCOUNT

**PLEASE TAKE NOTICE** that on March 7, 2025, Anthony S. Novak, the Chapter 7 Trustee, filed a "Chapter 7 Trustee's Final Account and Distribution Report", ECF No. 108, constituting the final report and final account required by Fed.R.Bankr.P. 5009(a), in which the Trustee certified that the Debtor's estate has been fully administered and requested that the Trustee be discharged. ECF No. 108 is attached.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 7 Trustee's Final Report and Final Account pursuant to Fed.R.Bankr.P. 5009(a) must be filed with the Clerk's Office on or before April 9, 2025 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

**NOTICE IS FURTHER GIVEN** that the Chapter 7 Trustee's Final Report and Final Account pursuant to Fed.R.Bankr.P. 5009(a) is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut. You may also view the document on the Court's PACER system (**www.pacer.psc.uscourts.gov**).

Dated: March 7, 2025

                                                                 Pietro Cicolini
                                                                 Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re: ROLLCAGE TECHNOLOGY, INC. § Case No. 22-20743
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Anthony S. Novak, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $28,349.57 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $8,155.43 | | |

3) Total gross receipts of $36,505.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $36,505.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2.00 | $174,643.68 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,155.43 | $8,155.43 | $8,155.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $205,015.00 | $394,156.03 | $394,156.03 | $28,349.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $571,252.14 | $1,214,765.75 | $1,214,765.75 | $0.00 |
| **TOTAL DISBURSEMENTS** | $776,269.14 | $1,791,720.89 | $1,617,077.21 | $36,505.00 |

4) This case was originally filed under chapter 7 on 10/25/2022.  The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2025

By: /s/ Anthony S. Novak
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Lincoln Navigator | 1129-000 | $9,500.00 |
| 2016 Lincoln Navigator | 1129-000 | $24,500.00 |
| Office equipment (computers etc) | 1129-000 | $2,505.00 |
| TOTAL GROSS RECEIPTS | | $36,505.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Citizens Bank N.A. | 4210-000 | $0.00 | $7,104.82 | $0.00 | $0.00 |
| 3S | Internal Revenue Service | 4110-000 | $0.00 | $131,669.96 | $0.00 | $0.00 |
| 5 | LG Funding LLC | 4110-000 | $0.00 | $35,868.90 | $0.00 | $0.00 |
| N/F | Corporation Service Co | 4110-000 | $1.00 | NA | NA | NA |
| N/F | Corporation Service Co. | 4110-000 | $1.00 | NA | NA | NA |
| N/F | Forward Financing LLC | 4110-000 | $0.00 | NA | NA | NA |
| N/F | IFund Co, LLC | 4110-000 | $0.00 | NA | NA | NA |
| N/F | IFund Co, LLC | 4110-000 | $0.00 | NA | NA | NA |
| N/F | LG Funding LLC | 4110-000 | $0.00 | NA | NA | NA |
| | TOTAL SECURED | | $2.00 | $174,643.68 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - ANTHONY S. NOVAK-Chapter 7 Trustee | 2100-000 | NA | $4,400.50 | $4,400.50 | $4,400.50 |
| Trustee, Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 2200-000 | NA | $45.40 | $45.40 | $45.40 |
| Auctioneer Fees - The Hamilton Group, LLC | 3610-000 | NA | $1,200.50 | $1,200.50 | $1,200.50 |
| Bond Payments - BOND | 2300-000 | NA | $22.36 | $22.36 | $22.36 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $138.43 | $138.43 | $138.43 |
| Attorney for Trustee Expenses (Other Firm) - LAW OFFICES OF JEFFREY HELLMAN, LLC | 3220-000 | NA | $1,078.48 | $1,078.48 | $1,078.48 |
| Other Professional's Expenses - The Hamilton Group, LLC | 3992-000 | NA | $1,269.76 | $1,269.76 | $1,269.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $8,155.43 | $8,155.43 | $8,155.43 |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | $0.00 | $394,156.03 | $394,156.03 | $28,349.57 |
| N/F | Dana Martin Landman A Kashian Law Attn: Jamie Goodwin, Esq. | 5600-000 | $125,000.00 | NA | NA | NA |
| N/F | Internal Revenue Service Attn: General Agent | 5600-000 | $60,000.00 | NA | NA | NA |
| N/F | State of Connecticut Department of Revenue Services Attn: Ge | 5600-000 | $20,000.00 | NA | NA | NA |
| N/F | Williamson County, TN Attn: Assessor of Property | 5600-000 | $15.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$205,015.00** | **$394,156.03** | **$394,156.03** | **$28,349.57** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $41,672.04 | $41,672.04 | $0.00 |
| 3U | Internal Revenue Service | 7100-000 | $0.00 | $148,501.21 | $148,501.21 | $0.00 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $8,747.02 | $8,747.02 | $0.00 |
| 6 | Dana Martin | 7100-000 | $0.00 | $206,276.41 | $206,276.41 | $0.00 |
| 7-2 | Oracle America, Inc. | 7100-000 | $0.00 | $379,983.96 | $379,983.96 | $0.00 |
| 8 | Forward Financing LLC | 7100-000 | $0.00 | $5,339.03 | $5,339.03 | $0.00 |
| 9 | Frontier Communications | 7100-000 | $0.00 | $15,236.66 | $15,236.66 | $0.00 |
| 10 | Peter C Donshik | 7100-000 | $0.00 | $51,000.00 | $51,000.00 | $0.00 |
| 11 | U.S. Bank NA dba Elan Financial Services | 7100-000 | $0.00 | $29,207.42 | $29,207.42 | $0.00 |
| 12 | Karen Donshik | 7100-000 | $0.00 | $295,383.00 | $295,383.00 | $0.00 |
| 13 | Andrew Ryan Robbins | 7100-000 | $0.00 | $33,419.00 | $33,419.00 | $0.00 |
| N/F | Advanta Attn: Managing Memeer | 7100-000 | $6,000.00 | NA | NA | NA |
| N/F | Anthem BCBS Attn: President | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of the West Attn: President | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Citi Cards Attn: President | 7100-000 | $80,000.00 | NA | NA | NA |
| N/F | Daniel Donshik | 7100-000 | $250,000.00 | NA | NA | NA |
| N/F | De Lage Landen Financial Svcs Attn: Managing Member | 7100-000 | $1.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Dell Financial Services Attn: President | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Dell Financial Services, LLC Attn: President | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Dell Financial Services, LLC Attn: President | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Frontier Communications Attn: President | 7100-000 | $15,236.66 | NA | NA | NA |
| N/F | Karen Donshik | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Oracle Attn: Alice Miller, Esq. | 7100-000 | $105,000.00 | NA | NA | NA |
| N/F | Peter Donshik | 7100-000 | $51,000.00 | NA | NA | NA |
| N/F | Port Authority NY/NJ Attn: General Agent | 7100-000 | $9.48 | NA | NA | NA |
| N/F | Reid Wolf | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Union Savings Bank Attn: President | 7100-000 | $14,000.00 | NA | NA | NA |
| N/F | Union Savings Bank c/o Christopher Gerard Winans | 7100-000 | $1.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$571,252.14** | **$1,214,765.75** | **$1,214,765.75** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 22-20743  
Case Name: ROLLCAGE TECHNOLOGY, INC.  
For Period Ending: 02/12/2025

Trustee Name: (270060) Anthony S. Novak  
Date Filed (f) or Converted (c): 10/25/2022 (f)  
§ 341(a) Meeting Date: 11/21/2022  
Claims Bar Date: 01/03/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Renasant Bank Checking (negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Office furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | Office equipment (computers etc) | 100,000.00 | 2,505.00 | | 2,505.00 | FA |
| 4 | 2011 Lincoln Navigator | 10,705.00 | 9,500.00 | | 9,500.00 | FA |
| 5 | 2016 Lincoln Navigator | 30,502.00 | 24,500.00 | | 24,500.00 | FA |
| 6 | Computers, servers, storage, routers,etc<br>located at Karen Donshik's residence | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Possible Preference/Fraudulent Conveyance (u)<br>Value for reporting purposes only as per Trustee Handbook | 0.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$151,207.00** | **$36,505.00** | | **$36,505.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Ready for TFR after special counsel fee app approved (granted 9/6/24)  
02/20/24: Trustee and special counsel still investigating possible Sec. 548 claims  
06/06/23: Efile Auctioneer Fee App  
03/02/23: Efile Motion to Sell 2011 Lincoln and computer equipment  
01/25/23: Efile App to Appt Hamilton Group as Auctioneer re: electronics equipment and 2011 Lincoln (granted 2/17/23)  
12/20/22: Efile Application to Employ Jeffrey Hellman re: preference/fraudulent transfers (granted 2/6/23)  
12/20/22: Efile 9019 to sell 2016 Lincoln to Sarasota Ford for $24,500 (granted 2/6/23) (received $24,500 2/14/23)

**Initial Projected Date Of Final Report (TFR):**  
**Current Projected Date Of Final Report (TFR):** 09/11/2024 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 22-20743 | Trustee Name: | Anthony S. Novak (270060) |
|---|---|---|---|
| Case Name: | ROLLCAGE TECHNOLOGY, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6313 | Account #: | ******9770 Checking Account |
| For Period Ending: | 02/12/2025 | Blanket Bond (per case limit): | $21,745,936.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/23 | {5} | SARASOTA FORD | Sale of 2016 Lincoln per Order granting compromise 2/6/23 | 1129-000 | 24,500.00 | | 24,500.00 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.32 | 24,481.68 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 40.54 | 24,441.14 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 36.55 | 24,404.59 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 43.02 | 24,361.57 |
| 06/12/23 | | HAMILTON GROUP LLC | 2011 Lincoln Navigator and Electronic Equipment | | 12,005.00 | | 36,366.57 |
| | {4} | | 2011 Lincoln Navigator  $9,500.00 | 1129-000 | | | |
| | {3} | | Electronic equipment (computers etc)  $2,505.00 | 1129-000 | | | |
| 07/17/23 | 101 | THE HAMILTON GROUP, LLC | Per court order allowing fees/expenses dated 7/6/23 | | | 2,470.26 | 33,896.31 |
| | | The Hamilton Group, LLC | $1,200.50 | 3610-000 | | | |
| | | The Hamilton Group, LLC | $1,269.76 | 3992-000 | | | |
| 12/05/23 | 102 | Anthony S. Novak, Esq. | Bond #612419163 | 2300-000 | | 22.36 | 33,873.95 |
| 09/18/24 | 103 | LAW OFFICES OF JEFFREY HELLMAN, LLC | Per Court Order Allowing Reimbursement of Expenses (Doc ID #99) | 3220-000 | | 1,078.48 | 32,795.47 |
| 12/16/24 | 104 | ANTHONY S. NOVAK-Chapter 7 Trustee | Combined trustee compensation & expense dividend payments. | | | 4,445.90 | 28,349.57 |
| | | ANTHONY S. NOVAK-Chapter 7 Trustee | Claims Distribution - Wed, 10-16-2024  $4,400.50 | 2100-000 | | | |
| | | ANTHONY S. NOVAK-Chapter 7 Trustee | Claims Distribution - Wed, 10-16-2024  $45.40 | 2200-000 | | | |
| 12/16/24 | 105 | Internal Revenue Service | Distribution payment - Dividend paid at 7.19% of $394,156.03; Claim # 3P; Filed: $394,156.03 | 5800-000 | | 28,349.57 | 0.00 |

| | COLUMN TOTALS | | 36,505.00 | 36,505.00 | $0.00 |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | Subtotal | | 36,505.00 | 36,505.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $36,505.00 | $36,505.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | |
|---|---|
| **Case No.:** 22-20743 | **Trustee Name:** Anthony S. Novak (270060) |
| **Case Name:** ROLLCAGE TECHNOLOGY, INC. | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***6313 | **Account #:** ******9770 Checking Account |
| **For Period Ending:** 02/12/2025 | **Blanket Bond (per case limit):** $21,745,936.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9770 Checking Account | $36,505.00 | $36,505.00 | $0.00 |
| | $36,505.00 | $36,505.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)